# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TILLOTSON CORPORATION,
d/b/a BEST MANUFACTURING
COMPANY

      Plaintiff,

v.

SUPERMAX CORPORATION BHD.;
511 FOODSERVICE LTD.; A.R.
MEDICOM INC.; ABCO SAFETY; ABEL
UNLIMITED, INC.; ACTION TEAM
MEDICAL; ADENNA, INC.; AERO-
MED, LTD.; AGIO GROUP INC.;
AKERS INDUSTRIES, INC.;
ALLIANCE RUBBER PRODUCTS SDN.
BHD.; ALMEDIC; ALPINE GLOVES,
INC.; AMERICAN HEALTHCARE
PRODUCTS, INC.; ANCIN INC.; APL
INDUSTRIES BHD.; APL PRODUCTS
SDN. BHD.; ASIA DYNAMICS INC.;
ASIA PACIFIC LATEX SDN. BHD.;
ASIAN DYNAMICS GROUP INC.;
ATLANTIS PLASTICS, INC.; AUDRA
INC.; BAND-IT RUBBER CO.; BASIC
MEDICAL INDUSTRIES INC.; BAY
MEDICAL CO., INC.; BEIJING
CHEMICAL INDUSTRY GROUP
RUBBER & PLASTIC PRODUCTS
FACTORY; BEIJING HUATENG
RUBBER PLASTIC; BEIJING LATEX
FACTORY; BEIJING REAGENT LATEX
PRODUCTS CO., LTD.; BEIJING
RUBBER & PLASTICS PRODUCTS
FACTORY; BESGLOVE MEDICARE
SDN. BHD.; BEST TEX
INTERNATIONAL INC.; BIO-FLEX
INTERNATIONAL, INC.; BOSS
MANUFACTURING CO., INC;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ORIGINAL**

CIVIL ACTION FILE NO.:

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

SEP 27 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

07-CV- 193-RLV

BOWERS MEDICAL SUPPLY CO.; )
BOYD MEDICAL & SAFETY SUPPLIES, )
INC.; BRIGHT ELEMENT SDN. BHD.; )
BRIGHT WAY HOLDINGS SDN. BHD.; )
BRIGHTNESS CORP.; CARMICHAEL )
INTERNATIONAL SERVICE; )
CHEMSOURCE INTERNATIONAL )
INC.; CHEMTECH INTERNATIONAL, )
LLC; CLINICAL SUPPLY CO.; COAST )
SCIENTIFIC INC.; COLONIAL )
SURGICAL SUPPLY, INC.; )
CONTINENTAL LAB PRODUCTS; )
CONTRACT LATEX DIPPERS SDN. )
BHD.; CRANBERRY (M) SDN. BHD.; )
CRANBERRY USA INC.; CROSS )
PACIFIC ENTERPRISE CO. LTD.; )
CROSSTEX INTERNATIONAL, INC.; )
CT INTERNATIONAL; DASH )
MEDICAL GLOVES, INC.; DELTA )
MEDICAL SUPPLY GROUP, INC. )
D/B/A THE DELTA GROUP; )
DENTEXX/FIRST MEDICA )
INFECTION CONTROL ASSOCATION; )
DERMATEC DIRECT; DESIGNER )
CARE CO., LTD.; DIGITCARE CORP.; )
DURASAFE, INC.; DYNAREX CORP.; )
ECON DISPOSABLE SUPPLIES, INC.; )
ESSENTIAL CARES; EXPEDITORS )
INTERNATIONAL OF WASHINGTON; )
FIRSTLINE LLC; GENUINE GLOVE; )
GLOBAL IMPORTS USA; GLOBE )
SHAMROCK, INC.; GLOVCO (M) SDN. )
BHD.; GLOVCO HOLDING SDN. )
BHD.; GLOVE CENTER; GLOVE )
SOURCE, INC.; GLOVE USA, INC.; )
GOLDEN PACIFIC HEALTHCARE )
PRODUCTS, INC.; GOLDMAX )
INDUSTRIES, INC.; GREAT GLOVE )
(USA) INC.; GREAT GLOVE SDN. )
BHD.; GREEN PROSPECT SDN BHD.; )

GX CORPORATION SDN. BHD.; )
H & L INTERNATIONAL, INC.; )
HANDGARDS, INC.; HARTALEGA )
HOLDINGS BHD.; HARTALEGA SDN. )
BHD.; HOURGLASS INDUSTRIES, )
INC.; IDEAL HEALTHCARE GROUP )
CO. LTD.; IDEAL MEDICAL )
INDUSTRIES CO., LTD.; IMS, INC.; )
INDORAMA GROUP COMPANIES; )
INNOVATIVE HEALTHCARE CORP.; )
INTCO INDUSTRIAL CO. LTD.; )
INTER ORIENT SERVICES; INTERMED )
GLOVES; INTERNATIONAL )
SOURCING CO., INC.; INTERWORLD )
NETWORK INT'L, INC.; JABIL )
GLOBAL SERVICES; JDA (TIANJIN) )
PLASTIC RUBBER CO., LTD.; JDA )
INTERNATIONAL, INC.; )
JXJ LABS INC.; KEMCO SUPPLY OF )
WASHINGTON INC.; KOSSAN )
GLOVES, INC. D/B/A SINTEX; )
KOSSAN HOLDINGS (M) SDN. BHD.; )
KOSSAN LATEX INDUSTRIES (M) )
SDN. BHD.; KOSSAN RUBBER )
INDUSTRIES BHD.; LAGLOVE M SDN. )
BHD.; LDF INDUSTRIES, INC.; )
LI AN SAFETY PRODUCTS CORP.; )
LIBERTY GLOVE AND SAFETY CO.; )
LIFE SCIENCE PRODUCTS; LIFETIME )
GLOVE CO., INC.; LOWRIE & )
COMPANY MEDICAL RESOURCE, )
INC.; MALAYTEX PRODUCTS, SDN. )
BHD.; MALAYTEX USA, INC. D/B/A )
PRO2 SOLUTIONS, INC.; MAYER )
LABORATORIES INC.; MAYTEX )
CORP.; MCCORDICK GLOVE & )
SAFETY INC.; MED EXPRESS INC.; )
MEDCO SUPPLY CO.; MEDGLUV )
INC.; MEDICAL SAFETY SUPPLY; )
MEDI-FLEX LIMITED D/B/A )

FLEXITECH SDN. BHD.; MEDISAFE )
TECHNOLOGIES (USA); MEDTEXX )
PARTNERS INC.; METRON )
TECHNOLOGY CORP.; METRO- )
PACIFICA, LLC; MEXPO )
INTERNATIONAL, INC.; MIDAVOL )
PROTECTIVE PRODUCTS; )
MULITSAFE SDN. BHD.; MYDENT )
INTERNATIONAL CORP.; NINGBO )
TIANSHUN RUBBER PRODUCTS CO.; )
NITRITEX, LTD.; NORMANDIN )
PACIFIC HOLDINGS CORP. D/B/A )
PACIFICA; NORPAK INC.; NORTH )
SAFETY PRODUCTS, INC.; )
NORTHERN SAFETY CO., INC.; OAK )
TECHNICAL, LLC; PACEWELL USA )
INC.; PAC-KEM VALUE MEDICAL )
SUPPLY; PDQ TRADING CO., INC.; )
PERFECT FIT GLOVE CO., LLC; )
PERUSAHAAN GETAH ASAS SDN. )
BHD.; PHARMATEX USA, INC.; PM )
GLOVES, INC.; PREVENTIVE CARE, )
INC.; PRIMARY PRODUCTS; )
PRODUCT CLUB, INC.; PROSEMEDIC )
S.A.; PRO-STAT INC.; PROTECTIVE )
INDUSTRIAL PRODUCTS, INC.; )
PSS/WORLD MEDICAL, INC.; PT )
HALONI JANE; PT MAJA AGUNG )
LATEXINDO; PT MEDISAFE )
TECHNOLOGIES; PT SHAMROCK )
MANUFACTURING CORPORATION; )
PT SMART GLOVE INDONESIA; )
QRP, INC. D/B/A QRP GLOVES, INC.; )
QUANTUM LABS INC.; RAMPART )
INTERNATIONAL, INC.; )
RIVERSTONE RESOURCES SDN. )
BHD.; RTS SUPPLY; SEAL POLYMER )
INDUSTRIES BHD.; SEAL POLYMER )
INDUSTRIES SDN. BHD.; SEATTLE )
GLOVE, INC.; SELECT MEDICAL )

PRODUCTS; SELECT MEDICAL )
SUPPLY INC.; SENTRY MEDICAL )
PRODUCTS, INC.; SHAMROCK )
MANUFACTURING COMPANY, INC.; )
SHAMROCK MARKETING )
COMPANY, INC.; )
SHANGHAI CHAMPION PLASTIC )
PRODUCTS CO., LTD.; SHANGHAI )
KNITWEAR IMPORT & EXPORT CO., )
LTD.; SHEEN MOORE ENTERPRISES )
CO. LTD.; SHEPARD MEDICAL )
PRODUCTS, INC.; SIERRA )
SCIENTIFIC, INC. D/B/A VALUE- )
TEK; SMART GLOVE CORPORATION )
SDN. BHD.; SMART GLOVE )
HOLDINGS SDN. BHD.; SOLID WING )
TRADING CORP.; SOUTHERN )
PACIFIC COAST CORPORATION )
D/B/A LIFE GUARD MEDICAL )
SUPPLY, INC.; SRI JOHANI SDN. )
BHD.; SS WHITE BURS, INC.; )
STERIGARD; STRATA MEDICAL INC.; )
SUPERIOR GLOVE WORKS LTD.; )
SUPERMAX GLOVE INDUSTRIES )
SDN. BHD.; SUPERMAX GLOVE )
MANUFACTURING SDN. BHD.; )
SUPERMAX LATEX PRODUCTS SDN. )
BHD.; SUPERMAX SDN. BHD.; )
SUPERMAX, INC. D/B/A AURELIA )
GLOVES; SYRVET INC.; )
TECHNIGLOVE INTERNATIONAL, )
INC.; THE CAMERON AND )
BARKELEY CO.; )
TILLOTSON HEALTHCARE CORP.; )
TNT ENTERPRISE, INC.; TRONEX )
INTERNATIONAL INC.; UNITED )
DELTA, INC.; UNIVERSAL X-RAY )
COMPANY OF CANADA; UTI )
PERSHIP (PVT) LTD.; WEAR SAFE (M) )
SDN. BHD.; WILLIAM A. MCGINTY )

COMPANY; YEE LEE CORPORATION )
BHD.; YEE LEE HOLDINGS SDN. )
BHD.; YTY HOLDINGS SDN. BHD.; )
YTY INDUSTRY (MANJUNG) SDN. )
BHD.; YTY INDUSTRY SDN. BHD.; )
and YUJIANG IDEAL MEDICAL )
INDUSTRIES CO., LTD. )
)
       Defendants. )

## COMPLAINT

Plaintiff TILLOTSON CORPORATION, d/b/a BEST MANUFACTURING COMPANY, (hereinafter "Tillotson"), for its complaint against Defendants, alleges as follows:

### PARTIES

1.

Plaintiff Tillotson is a Massachusetts corporation having a place of business in Georgia at Best Manufacturing Company, Edison Street, Menlo, Georgia 30731. Tillotson is engaged in the business of designing, using, manufacturing, offering for sale, and selling elastomeric materials and hand gloves made from elastomeric materials.

2.

Defendant 511 Foodservice Ltd. is a corporation having a place of business at 2771 Portland Dr., Unit 3, Oakville, Ontario, Canada L6H 6M6. 511 Foodservice Ltd. is engaged in the business of making, using, offering for sale,

and selling hand gloves made from elastomeric materials. On information and belief, 511 Foodservice Ltd. has conducted business in the Northern District of Georgia. In its business, 511 Foodservice Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

3.

Defendant A.R. Medicom Inc. is a corporation having a place of business at 1200 55 E. Avenue, Lachine, Quebec, Canada QC H8T 3J8. A.R. Medicom Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, A.R. Medicom Inc. has conducted business in the Northern District of Georgia. In its business, A.R. Medicom Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

4.

Defendant Abco Safety is a corporation having a place of business at 11183 Woodward Lane, Cincinnati, Ohio, 45241. Abco Safety is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Abco Safety has conducted business in the Northern District of Georgia. In its business, Abco Safety has

7

committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

5.

Defendant Abel Unlimited, Inc. is a corporation having a place of business at 1649 Forum Pl. Ste. 12, West Palm Beach, Florida 33401-2331. Abel Unlimited, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Abel Unlimited, Inc. has conducted business in the Northern District of Georgia. In its business, Abel Unlimited, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

6.

Defendant Action Team Medical is a corporation having a place of business at 212 Star of India Lane, Carson, California 90746-1418. Action Team Medical is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Action Team Medical has conducted business in the Northern District of Georgia. In its business, Action Team Medical has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

7.

Defendant Adenna, Inc. is a corporation having a place of business at 12216 McCann Drive, Santa Fe Springs, California 90670-3331. Adenna, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Adenna, Inc. has conducted business in the Northern District of Georgia. In its business, Adenna, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

8.

Defendant Aero-Med, Ltd. is a corporation having a place of business at 85 Commerce Street, Glastonbury, Connecticut 06033-2312. Aero-Med, Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Aero-Med, Ltd. has conducted business in the Northern District of Georgia. In its business, Aero-Med, Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

9.

Defendant Agio Group Inc. is a corporation having a place of business at 30021 Ahern Avenue, Union City, California 94587-1234. Agio Group Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Agio Group Inc. has conducted business in the Northern District of Georgia. In its business, Agio Group Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

10.

Defendant Akers Industries, Inc. is a corporation having a place of business at 75 Commerce Way, Dedham, Massachusetts, 02026. Akers Industries, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Akers Industries, Inc. has conducted business in the Northern District of Georgia. In its business, Akers Industries, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

11.

Defendant Alliance Rubber Products Sdn. Bhd. ("Alliance") is a Malaysian corporation having a place of business at Lot 2716 & 2720, MK 7, Kawasan Perindustrian Bukit Panchor, 14300 Nibong Tebal, Pulau Pinang, Malaysia. Alliance is engaged in the business of importing into the United States, making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Alliance has conducted business in the Northern District of Georgia. In its business, Alliance has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

12.

Defendant Almedic is a corporation having a place of business at 4900 Cote Vertu, Montreal, Quebec, Canada H4S 1J9. Almedic is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Almedic has conducted business in the Northern District of Georgia. In its business, Almedic has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

13.

Defendant Alpine Gloves, Inc. is a corporation having a place of business at 26 Saint Paul Lane, Laguna Niguel, California 92677-9373. Alpine Gloves, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Alpine Gloves, Inc. has conducted business in the Northern District of Georgia. In its business, Alpine Gloves, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

14.

Defendant American Healthcare Products, Inc. is a corporation having a place of business at 1068 Westminster Ave, Alhambra, California 91803-1231. American Healthcare Products, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, American Healthcare Products, Inc. has conducted business in the Northern District of Georgia. In its business, American Healthcare Products, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

15.

Defendant Ancin Inc. is a corporation having a place of business at 2691 Markham Road, Unit 26, Toronto, Ontario, Canada M1X 1L4. Ancin Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Ancin Inc. has conducted business in the Northern District of Georgia. In its business, Ancin Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

16.

Defendant APL Industries Bhd. is a corporation having a place of business at Lot 38, Putra Industrial Park, Bukit Rahman Putra, 47000 Sungai Buloh, Selangor D.E. Malaysia. APL Industries Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, APL Industries Bhd. has conducted business in the Northern District of Georgia. In its business, APL Industries Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

17.

Defendant APL Products Sdn. Bhd. is a corporation having a place of business at Lot 8961 and 8964, Batu 19, Jalan Beruas, 31400 Ayer Tawar, Perak, Malaysia. APL Products Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, APL Products Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, APL Products Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

18.

Defendant Asia Dynamics, Inc. is a corporation having a place of business at 6153 West Mulford Street, Ste. D, Niles, Illinois. Asia Dynamics, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Asia Dynamics, Inc. has conducted business in the Northern District of Georgia. In its business, Asia Dynamics, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

19.

Defendant Asia Pacific Latex Sdn. Bhd. is a corporation having a place of business at Lot 12, Medan Tasek, Tesak Industrial Estate, 31400 Ipoh Perak Darul Ridzuan, Malaysia. Asia Pacific Latex Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Asia Pacific Latex Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Asia Pacific Latex Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

20.

Defendant Asian Dynamics Group Inc. is a corporation having a place of business at 1565 S Shields Dr, Waukegan, Illinois 60085-8304. Asian Dynamics Group Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Asian Dynamics Group Inc. has conducted business in the Northern District of Georgia. In its business, Asian Dynamics Group Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

21.

Defendant Atlantis Plastics, Inc. is a corporation having a place of business at 2665 South Bayshore Drive, #800, Miami, Florida, 33133. Atlantis Plastics, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Atlantis Plastics, Inc. has conducted business in the Northern District of Georgia. In its business, Atlantis Plastics, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

22.

Defendant Audra Inc. is a corporation having a place of business at 21400 N. Shore Drive, Sturgis, Michigan 49091. Audra Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Audra Inc. has conducted business in the Northern District of Georgia. In its business, Audra Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

23.

Defendant Band-it Rubber Co. is a corporation having a place of business at 1711 Delilah Street, Corona, California 92879. Band-it Rubber Co. is

engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Band-it Rubber Co. has conducted business in the Northern District of Georgia. In its business, Band-it Rubber Co. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

24.

Defendant Basic Medical Industries Inc. is a corporation having a place of business at 12390 East End Avenue, Chino, California 91710. Basic Medical Industries Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Basic Medical Industries Inc. has conducted business in the Northern District of Georgia. In its business, Basic Medical Industries Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

25.

Defendant Bay Medical Co., Inc. is a corporation having a place of business at 400 Talbert St, Daly City, California 94014-1623. Bay Medical Co., Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Bay Medical

17

Co., Inc. has conducted business in the Northern District of Georgia. In its business, Bay Medical Co., Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

26.

Defendant Beijing Chemical Industry Group Rubber & Plastic Products Factory is a corporation having a place of business at Ciqu Industrial Zone, Tongzhou District, Beijing, China 101111. Beijing Chemical Industry Group Rubber & Plastic Products Factory is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Beijing Chemical Industry Group Rubber & Plastic Products Factory has conducted business in the Northern District of Georgia. In its business, Beijing Chemical Industry Group Rubber & Plastic Products Factory has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

27.

Defendant Beijing Huateng Rubber Plastic is a corporation having a place of business at Ciqu Industrial Zone, Tongzhou District, Beijing, China 101111. Beijing Huateng Rubber Plastic is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials.

On information and belief, Beijing Huateng Rubber Plastic has conducted business in the Northern District of Georgia. In its business, Beijing Huateng Rubber Plastic has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

28.

Defendant Beijing Latex is a corporation having a place of business at Ciqu Industrial Zone, Tongzhou District, Beijing, China 101111. Beijing Latex is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Beijing Latex has conducted business in the Northern District of Georgia. In its business, Beijing Latex has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

29.

Defendant Beijing Reagent Latex Products Co., Ltd. is a corporation having a place of business at Ciqu Industrial Zone, Tongzhou District, Beijing, China 101111. Beijing Reagent Latex Products Co., Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Beijing Reagent Latex Products

Co., Ltd. has conducted business in the Northern District of Georgia.  In its business, Beijing Reagent Latex Products Co., Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

30.

Defendant Beijing Rubber & Plastic Products Factory is a corporation having a place of business at Ciqu Industrial Zone, Tongzhou District, Beijing, China 101111.  Beijing Rubber & Plastic Products Factory is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials.  On information and belief, Beijing Rubber & Plastic Products Factory has conducted business in the Northern District of Georgia.  In its business, Beijing Rubber & Plastic Products Factory has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

31.

Defendant Besglove Medicare Sdn. Bhd. is a corporation having a place of business at Lot 6 Bangi Industrial Estate, Jalan P/2A 43000 Bandar Baru Bangi, Selangor D.E., Malaysia.  Besglove Medicare Sdn. Bhd is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials.  On information and belief, Besglove Medicare Sdn. Bhd

has conducted business in the Northern District of Georgia. In its business, Besglove Medicare Sdn. Bhd has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

32.

Defendant Best Tex International Inc. is a corporation having a place of business at 2079 S. Atlantic Blvd., Ste E, Monterey Park, California 91754. Best Tex International Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Best Tex International Inc. has conducted business in the Northern District of Georgia. In its business, Best Tex International Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

33.

Defendant Bio-Flex International, Inc. is a corporation having a place of business at 1250 E. Hallandale Beach Blvd., Hallandale, Florida 33009. Bio-Flex International, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Bio-Flex International, Inc. has conducted business in the Northern District of Georgia. In its business, Bio-Flex International, Inc. has committed

tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

34.

Defendant Boss Manufacturing Co., Inc. is a corporation having a place of business at 221 W 1st St, Kewanee, Illinois 61443-2101. Boss Manufacturing Co., Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Boss Manufacturing Co., Inc. has conducted business in the Northern District of Georgia. In its business, Boss Manufacturing Co., Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

35.

Defendant Bowers Medical Supply Co. is a corporation having a place of business at 3691 Viking Way, Richmond, British Columbia, Canada. Bowers Medical Supply Co. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Bowers Medical Supply Co. has conducted business in the Northern District of Georgia. In its business, Bowers Medical Supply Co. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

36.

Defendant Boyd Medical & Safety Supplies, Inc. is a corporation having a place of business at 9837 W 69th St., Eden Prairie, Minnesota 55344. Boyd Medical & Safety Supplies, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Boyd Medical & Safety Supplies, Inc. has conducted business in the Northern District of Georgia. In its business, Boyd Medical & Safety Supplies, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

37.

Defendant Bright Element Sdn. Bhd. is a corporation having a place of business at No. 5, Jalan USJ 3B/2, Subang Jaya, 47610 Selangor D. E., Malaysia. Bright Element Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Bright Element Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Bright Element Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

38.

Defendant Brightway Holding Sdn. Bhd. is a corporation having a place of business at Lot 1559, Jalan Istimewa, Bt. Belah, 42100 Klang, Selangor Darul Ehsan, Malaysia. Brightway Holding Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Brightway Holding Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Brightway Holding Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

39.

Defendant Brightness Corp. is a corporation having a place of business at 22F-2, NO. 698, Sec 4, Wen Shin Rd., Taichung 406, Taiwan. Brightness Corp. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Brightness Corp. has conducted business in the Northern District of Georgia. In its business, Brightness Corp. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

40.

Defendant Carmichael International Service is a corporation having a place of business at 533 Glendale Boulevard, Los Angeles, California 90026. Carmichael International Service is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Carmichael International Service has conducted business in the Northern District of Georgia. In its business, Carmichael International Service has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

41.

Defendant Chemsource International Inc. is a corporation having a place of business at 2280 Turner N.W., Grand Rapids, MI 49544. Chemsource International Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Chemsource International Inc. has conducted business in the Northern District of Georgia. In its business, Chemsource International Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

42.

Defendant Chemtech International, LLC is a corporation having a place of business at 12 Nettlesworth Way NE, Grand Rapids, Michigan, 49546. Chemtech International, LLC is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Chemtech International, LLC has conducted business in the Northern District of Georgia. In its business, Chemtech International, LLC has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

43.

Defendant Clinical Supply Co. is a corporation having a place of business at 52 E Gay Street, Columbus, Ohio, 43215. Clinical Supply Co. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Clinical Supply Co. has conducted business in the Northern District of Georgia. In its business, Clinical Supply Co. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

44.

Defendant Coast Scientific Inc. is a corporation having a place of business at 1445 Engineer Street, San Diego, California. Coast Scientific Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Coast Scientific Inc. has conducted business in the Northern District of Georgia. In its business, Coast Scientific Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

45.

Defendant Colonial Surgical Supply, Inc. is a corporation having a place of business at 1812 1/2 North Vermont Avenue, Los Angeles, California; 90027. Colonial Surgical Supply, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Colonial Surgical Supply, Inc. has conducted business in the Northern District of Georgia. In its business, Colonial Surgical Supply, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

46.

Defendant Continental Lab Products is a corporation having a place of business at 610 Cornerstone Court, Suite 220, San Diego, CA 92121. Continental Lab Products is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Continental Lab Products has conducted business in the Northern District of Georgia. In its business, Continental Lab Products has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

47.

Defendant Contract Latex Dippers Sdn. Bhd. is a corporation having a place of business at Suite B-09-04, Plaza Mont Kiara 2, Jalan Kiara, 50480, Kuala Lumpur, Malaysia. Contract Latex Dippers Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Contract Latex Dippers Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Contract Latex Dippers Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

48.

Defendant Cranberry (M) Sdn. Bhd. is a corporation having a place of business at Lot 85 Jalan Portland, Tasek Industrial Estates, 31400 Ipoh Perak Darul Ridzuan, Malaysia. Cranberry (M) Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Cranberry (M) Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Cranberry (M) Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

49.

Defendant Cranberry USA, Inc. is a corporation having a place of business at 140 Dodd Court, American Canyon, CA 94503. Cranberry USA, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Cranberry USA, Inc. has conducted business in the Northern District of Georgia. In its business, Cranberry USA, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

50.

Defendant Cross Pacific Enterprise Co., Ltd. is a corporation having a place of business at Room 1305 Singular Building No. 320 Xianxia Road Changning District Shanghai P.R. China. Cross Pacific Enterprise Co., Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Cross Pacific Enterprise Co., Ltd. has conducted business in the Northern District of Georgia. In its business, Cross Pacific Enterprise Co., Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

51.

Defendant Crosstex International, Inc. is a corporation having a place of business at 10 Ranick Road, Hauppauge, New York 11788. Crosstex International, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Crosstex International, Inc. has conducted business in the Northern District of Georgia. In its business, Crosstex International, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

52.

Defendant CT International is a corporation having a place of business at 4340 Santa Fe Road, San Luis Obispo, California, 93401. CT International is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, CT International has conducted business in the Northern District of Georgia. In its business, CT International has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

53.

Defendant Dash Medical Gloves, Inc. is a corporation having a place of business at 1018 South 54th Street, Franklin, WI 53132. It may be served through its registered agent, Robert J. Sullivan, at 1018 South 54th St., Franklin, WI, 53132. Dash Medical Gloves, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Dash Medical Gloves, Inc. has conducted business in the Northern District of Georgia. In its business, Dash Medical Gloves, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

54.

Defendant Delta Medical Supply Group, Inc. d/b/a/ The Delta Group is a corporation having a place of business at 436 West Gay Street, West Chester PA 19380. Delta Medical Supply Group, Inc. d/b/a/ The Delta Group is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Delta Medical Supply Group, Inc. d/b/a/ The Delta Group has conducted business in the Northern District of Georgia. In its business, Delta Medical Supply Group, Inc. d/b/a/ The Delta Group has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

55.

Defendant Dentexx / First Medical Infection Control Association is a corporation having a place of business at 3704 Boren Dr., Greensboro, North Carolina 27407-2379. Dentexx / First Medical Infection Control Association is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Dentexx / First Medical Infection Control Association has conducted business in the Northern District of Georgia. In its business, Dentexx / First Medical Infection Control Association has committed tortious acts, including, without limitation,

patent infringement within the Northern District of Georgia, as is more fully set forth herein.

56.

Defendant Dermatec Direct is a corporation having a place of business at 4430 Adamo Drive, Suite 306, Tampa, FL 33605. Dermatec Direct is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Dermatec Direct has conducted business in the Northern District of Georgia. In its business, Dermatec Direct has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

57.

Defendant Designer Care Co., Ltd. is a corporation having a place of business at 474 Main Avenue, Neeche, ND 58265. Designer Care Co., Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Designer Care Co., Ltd. has conducted business in the Northern District of Georgia. In its business, Designer Care Co., Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

58.

Defendant Digitcare Corp. is a corporation having a place of business at 2999 Overland Avenue, Suite 209, Los Angeles, CA 90064. Digitcare Corp. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Digitcare Corp. has conducted business in the Northern District of Georgia. In its business, Digitcare Corp. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

59.

Defendant Durasafe, Inc. is a corporation having a place of business at No. 17 Hai Bin No. 7 Rd., Tinajin Port Free Trade Zone, Tianjin, 300456 China. Its California address is 18400 San Jose Ave., City of Industry, CA 91748. Durasafe, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Durasafe, Inc. has conducted business in the Northern District of Georgia. In its business, Durasafe, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

60.

Defendant Dynarex Corp. is a corporation having a place of business at 10 Glenshaw Street, Orangeburg, NY 10962. Dynarex Corp. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Dynarex Corp. has conducted business in the Northern District of Georgia. In its business, Dynarex Corp. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

61.

Defendant Econ Disposable Supplies, Inc. is a corporation having a place of business at 16810 Barker Springs #219, Houston, Texas, 77084. Econ Disposable Supplies, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Econ Disposable Supplies, Inc. has conducted business in the Northern District of Georgia. In its business, Econ Disposable Supplies, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

62.

Defendant Essential Cares is a corporation having a place of business at 795 E. Washington Boulevard, Los Angeles, California, 90021-3043.

Essential Cares is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Essential Cares has conducted business in the Northern District of Georgia. In its business, Essential Cares has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

63.

Defendant Expeditors International of Washington is a corporation having a place of business at 1015 Third Avenue, 12th Floor, Seattle, Washington 98104. Expeditors International of Washington is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Expeditors International of Washington has conducted business in the Northern District of Georgia. In its business, Expeditors International of Washington has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

64.

Defendant Firstline LLC is a corporation having a place of business at 760 McMurray Road, Buellton, CA 93427. Firstline LLC is engaged in the business of making, using, offering for sale, and selling hand gloves made from

elastomeric materials. On information and belief, Firstline LLC has conducted business in the Northern District of Georgia. In its business, Firstline LLC has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

65.

Defendant Genuine Glove is a corporation having a place of business at 9702 Bolsa Ave. Spc. 70, Westminster, California 92683. Genuine Glove is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Genuine Glove has conducted business in the Northern District of Georgia. In its business, Genuine Glove has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

66.

Defendant Global Imports USA is a corporation having a place of business at The Corporation, 140 Park Lane, Monsey, New York 10952. Global Imports USA is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Global Imports USA has conducted business in the Northern District of Georgia. In its business, Global Imports USA has committed tortious acts, including,

without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

67.

Defendant Globe Shamrock, Inc. is a corporation having a place of business at 4930 Campbell Road, Houston, TX 77041. Globe Shamrock, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Globe Shamrock, Inc. has conducted business in the Northern District of Georgia. In its business, Globe Shamrock, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

68.

Defendant Glovco (M) Sdn. Bhd. is a corporation having a place of business at Lot 760, Jalan Haji Sirat, Off Jalan Meru Klang, 42100, Selangor D.E., Malaysia. Glovco (M) Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Glovco (M) Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Glovco (M) Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

Defendant Glove Center is a corporation having a place of business at 145 Boniface, East Rochester, New York 14445. Glove Center is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Glove Center has conducted business in the Northern District of Georgia. In its business, Glove Center has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

70.

Defendant Glove Source, Inc. is a corporation having a place of business at 889 South Azusa Ave., City of Industry, CA 91748. Glove Source, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Glove Source, Inc. has conducted business in the Northern District of Georgia. In its business, Glove Source, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

71.

Defendant Glove USA, Inc. is a corporation having a place of business at 404 Windsor Manor Ct. Duluth, Georgia 30097. Glove USA, Inc. is

engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Glove USA, Inc. has conducted business in the Northern District of Georgia. In its business, Glove USA, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

72.

Defendant Golden Pacific Healthcare Products, Inc. is a corporation having a place of business at 17932 Star of India Lane, Carson, California 907476. Golden Pacific Healthcare Products, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Golden Pacific Healthcare Products, Inc. has conducted business in the Northern District of Georgia. In its business, Golden Pacific Healthcare Products, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

73.

Defendant Goldmax Industries, Inc. is a corporation having a place of business at 17747 Railroad St., City of Industry, California 91748-1111. Goldmax Industries, Inc. is engaged in the business of making, using, offering for

40

sale, and selling hand gloves made from elastomeric materials. On information and belief, Goldmax Industries, Inc. has conducted business in the Northern District of Georgia. In its business, Goldmax Industries, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

74.

Defendant Great Glove (USA) Inc. is a corporation having a place of business at 1026 S. Marengo Ave, Number 5, Alhambra, CA 91803. Great Glove (USA) Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Great Glove (USA) Inc. has conducted business in the Northern District of Georgia. In its business, Great Glove (USA) Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

75.

Defendant Great Glove Sdn. Bhd. is a corporation having a place of business at Lot 5091, Jalan Teratai, Batu 5, Off Jalan Meru, 41050 Klang, Selangor D. E., Malaysia. Great Glove Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Great Glove Sdn. Bhd. has conducted business in the

Northern District of Georgia. In its business, Great Glove Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

76.

Defendant Green Prospect Sdn. Bhd. is a corporation having a place of business at Lot 14803 Kawasan Perinustrian, Kampung Acheh, 32000 Sitiawan, Lumut Perak, Malaysia. Green Prospect Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Green Prospect Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Green Prospect Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

77.

Defendant GX Corporation Sdn. Bhd. is a corporation having a place of business at Lot 6487, Batu 5 ¾, Sementa, Jalan Kapar, Klang, 42100 Selangor D.E., Malaysia. GX Corporation Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, GX Corporation Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, GX Corporation Sdn. Bhd. has

committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

78.

Defendant H & L International, Inc. is a corporation having a place of business at 3130 Diablo Ave 3132, Hayward, California 94545-2702. H & L International, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, H & L International, Inc. has conducted business in the Northern District of Georgia. In its business, H & L International, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

79.

Defendant Handgards, Inc. is a corporation having a place of business at 901 Hawkins Blvd., El Paso, Texas 79915. Handgards, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Handgards, Inc. has conducted business in the Northern District of Georgia. In its business, Handgards, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

80.

Defendant Hartalega Holdings Bhd. is a corporation having a place of business at Lot 9, Jalan Kuang Bulan, Taman Kepong Industrial Estate, 52100 Kuala Lumpur, Malaysia. Hartalega Holdings Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Hartalega Holdings Bhd. has conducted business in the Northern District of Georgia. In its business, Hartalega Holdings Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

81.

Defendant Hartalega Sdn. Bhd. is a corporation having a place of business at Lot 9, Jalan Kuang Bulan, Taman Kepong Industrial Estate, 52100 Kuala Lumpur, Malaysia. Hartalega Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Hartalega Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Hartalega Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

82.

Defendant Hourglass Industries, Inc. is a corporation having a place of business at 5739 Observation CT # 120, Colorado Springs, Colorado 80916. Hourglass Industries, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Hourglass Industries, Inc. has conducted business in the Northern District of Georgia. In its business, Hourglass Industries, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

83.

Defendant Ideal Healthcare Group Co. Ltd. is a corporation having a place of business at Bldg. 18, No. 1, South Section of Huacheng (W) Road, Ningbo, China 31500. Ideal Healthcare Group Co. Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Ideal Healthcare Group Co. Ltd. has conducted business in the Northern District of Georgia. In its business, Ideal Healthcare Group Co. Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

84.

Defendant Ideal Medical Industries Co., Ltd. is a corporation having a place of business at Block 18, Baiyunshanzhuang, 1 # Huancheng W. Road, South End, Ningbo, China 315000. Defendant Ideal Medical Industries Co., Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Defendant Ideal Medical Industries Co., Ltd. has conducted business in the Northern District of Georgia. In its business, Defendant Ideal Medical Industries Co., Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

85.

Defendant IMS, Inc. is a corporation having a place of business at 9238 S. Sheridan Rd., Suite 202, Tulsa, Oklahoma 74133. IMS, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, IMS, Inc. has conducted business in the Northern District of Georgia. In its business, IMS, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

86.

Defendant Indorama Group Companies is a corporation having a place of business at Graha Irama, 17th Floor, JL. HR Rasuna Said Blok X-1 Kav 1-2, Jakarta, 12950 Indonesia. Indorama Group Companies is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Indorama Group Companies has conducted business in the Northern District of Georgia. In its business, Indorama Group Companies has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

87.

Defendant Innovative Healthcare Corp. is a corporation having a place of business at 8220 Charles Page Blvd., Sand Springs, Oklahoma 74063. Innovative Healthcare Corp. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Innovative Healthcare Corp. has conducted business in the Northern District of Georgia. In its business, Innovative Healthcare Corp. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

88.

Defendant Intco Industrial Co. Ltd. is a corporation having a place of business at 1036 South Pudong Road, Suite 1703, Shanghai, China 200120. Intco Industrial Co. Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Intco Industrial Co. Ltd. has conducted business in the Northern District of Georgia. In its business, Intco Industrial Co. Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

89.

Defendant Inter Orient Services is a corporation having a place of business at 1455 Monterey Pass Road, Suite 205, Monterey Park, California 91754. Inter Orient Services is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Inter Orient Services has conducted business in the Northern District of Georgia. In its business, Inter Orient Services has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

90.

Defendant Intermed Gloves is a corporation having a place of business at 7115 Belgold St. Ste. E, Houston, Texas 77066. Intermed Gloves is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Intermed Gloves has conducted business in the Northern District of Georgia. In its business, Intermed Gloves has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

91.

Defendant International Sourcing Co, Inc. is a corporation having a place of business at 45 Forest Hills Irene, Cordova, Tennessee 38018. International Sourcing Co, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, International Sourcing Co, Inc. has conducted business in the Northern District of Georgia. In its business, International Sourcing Co, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

92.

Defendant Interworld Network Int'l., Inc. is a corporation having a place of business at 48541 Warm Springs Blvd., Suite 509, Fremont, California 94539. Interworld Network Int'l., Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Interworld Network Int'l., Inc. has conducted business in the Northern District of Georgia. In its business, Interworld Network Int'l., Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

93.

Defendant Jabil Global Services, Inc. is a corporation having a place of business at 1200 S. Pine Island Rd., Plantation, Florida, 33324. Jabil Global Services, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Jabil Global Services, Inc. has conducted business in the Northern District of Georgia. In its business, Jabil Global Services, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

94.

Defendant JDA (Tianjin) Plastic Co. Ltd. is a corporation having a place of business at No. 17 Hai Bin No. 7 Rd, Tianjin Port Free Trade Zone, Tianjin, 300456, China. JDA (Tianjin) Plastic Co. Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, JDA (Tianjin) Plastic Co. Ltd. has conducted business in the Northern District of Georgia. In its business, JDA (Tianjin) Plastic Co. Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

95.

Defendant JDA International, Inc. is a corporation having a place of business at 301 Brea Canyon Road, Walnut, CA 391789. JDA International, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, JDA International, Inc. has conducted business in the Northern District of Georgia. In its business, JDA International, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

96.

Defendant JXJ Labs Inc. is a corporation having a place of business at 19C Louis Avenue, Albany, New York 12204. JXJ Labs Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, JXJ Labs Inc. has conducted business in the Northern District of Georgia. In its business, JXJ Labs Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

97.

Defendant Kemco Supply of Washington Inc. is a corporation having a place of business at 20733 SE 4th St., Sammamish, Washington 98074. Kemco Supply of Washington Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Kemco Supply of Washington Inc. has conducted business in the Northern District of Georgia. In its business, Kemco Supply of Washington Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

98.

Defendant Kossan Gloves, Inc. d/b/a Sintex is a corporation having a place of business at 16810 Baker Springs #219, Houston, Texas 77084  Kossan Gloves, Inc. d/b/a Sintex is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials.  On information and belief, Kossan Gloves, Inc. d/b/a Sintex has conducted business in the Northern District of Georgia.  In its business, Kossan Gloves, Inc. d/b/a Sintex has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

99.

Defendant Kossan Holdings (M) Sdn. Bhd. is a corporation having a place of business at Lot 16632, Batu 5 ¼ , Jalan Meru, 41050 Klang, Selangor D.E., Malaysia.  Kossan Holdings (M) Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Kossan Holdings (M) Sdn. Bhd. has conducted business in the Northern District of Georgia.  In its business, Kossan Holdings (M) Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

100.

Defendant Kossan Latex Industries (M) Sdn. Bhd. is a corporation having a place of business at Lot 16632, Batu 5 ¼, Jalan Meru, 41050 Klang, Selangor D.E., Malaysia. Kossan Latex Industries (M) Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Kossan Latex Industries (M) Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Kossan Latex Industries (M) Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

101.

Defendant Kossan Rubber Industries Bhd. is a corporation having a place of business at Lot 16632, Batu 5 ¼ , Jalan Meru, 41050 Klang, Selangor D.E., Malaysia. Kossan Rubber Industries Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Kossan Rubber Industries Bhd. has conducted business in the Northern District of Georgia. In its business, Kossan Rubber Industries Bhd. has committed tortious acts, including, without limitation, patent

infringement within the Northern District of Georgia, as is more fully set forth herein.

102.

Defendant Laglove (M) Sdn. Bhd. is a corporation having a place of business at Lot 478, Jalan Simpang Balak, Off B, 43000 Kajang Selangor, Malaysia. Laglove (M) Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Laglove (M) Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Laglove (M) Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

103.

Defendant LDF Industries, Inc. is a corporation having a place of business at Hygrade, 30 Warsoff Place, Brooklyn, New York 11205. LDF Industries, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, LDF Industries, Inc. has conducted business in the Northern District of Georgia. In its business, LDF Industries, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

104.

Defendant Li An Safety Products Corp. is a corporation having a place of business at Suite 5301, Building A, No. 808, Hong Quiao Road, Shanghai, China 64475443. Li An Safety Products Corp. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Li An Safety Products Corp. has conducted business in the Northern District of Georgia. In its business, Li An Safety Products Corp. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

105.

Defendant Liberty Glove and Safety Co. is a corporation having a place of business at 33 Cheryl Lane City of Industry, California 91789. Liberty Glove and Safety Co. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Liberty Glove and Safety Co. has conducted business in the Northern District of Georgia. In its business, Liberty Glove and Safety Co. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

106.

Life Science Products is a corporation having a place of business at 115 S. Lynchburg St., Chestertown, Maryland 21620. Life Science Products is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Life Science Products has conducted business in the Northern District of Georgia. In its business, Life Science Products has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

107.

Defendant Lifetime Glove Co., Inc. is a corporation having a place of business at 801 Vanderbraak St., Green Bay, WI 54302-1140. Lifetime Glove Co., Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Lifetime Glove Co., Inc. has conducted business in the Northern District of Georgia. In its business, Lifetime Glove Co., Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

108.

Defendant Lowrie & Company Medical Resources, Inc., is a corporation having a place of business at 140 Ambrogio Dr., Gurnee, Illinois 60031. Lowrie & Company Medical Resources, Inc., is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Lowrie & Company Medical Resources, Inc., has conducted business in the Northern District of Georgia. In its business, Lowrie & Company Medical Resources, Inc., has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

109.

Defendant Malaytex Products, Sdn. Bhd. is a corporation having a place of business at Lots 67/8 Lotonr Senawang 4/1, Senowang Industrial Area, Serem Ban, N. Bembilan, Malaysia 70450. Malaytex Products, Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Malaytex Products, Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Malaytex Products, Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

110.

Defendant Malaytex Products USA, Inc. d/b/a Pro2 Solutions, Inc. is a corporation having a place of business at 140 Dodd Court, American Canyon, California 94503. Malaytex Products USA, Inc. d/b/a Pro2 Solutions, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Malaytex Products USA, Inc. d/b/a Pro2 Solutions, Inc. has conducted business in the Northern District of Georgia. In its business, Malaytex Products USA, Inc. d/b/a Pro2 Solutions, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

111.

Defendant Mayer Laboratories Inc. is a corporation having a place of business at 1950 Addison St Ste 101, Berkeley, California 94704. Mayer Laboratories Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Mayer Laboratories Inc. has conducted business in the Northern District of Georgia. In its business, Mayer Laboratories Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

112.

Defendant Maytex Corporation is a corporation having a place of business at 23521 Foley St., Hayward, California 94545. Maytex Corporation is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Maytex Corporation has conducted business in the Northern District of Georgia. In its business, Maytex Corporation has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

113.

Defendant McCordick Glove & Safety Inc. is a corporation having a place of business at 899 Eaton Avenue, Bethlehem, Pennsylvania 18025-1000. McCordick Glove & Safety Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, McCordick Glove & Safety Inc. has conducted business in the Northern District of Georgia. In its business, McCordick Glove & Safety Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

114.

Defendant Med Express is a corporation having a place of business at Suite 2C, 135 W. Ravine Road, Kingsport, Tennessee 37660. Med Express is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Med Express has conducted business in the Northern District of Georgia. In its business, Med Express has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

115.

Defendant Medco Supply Co. is a corporation having a place of business at 500 Fillmore Avenue, Tonawanda, New York 14150. Medco Supply Co. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Medco Supply Co. has conducted business in the Northern District of Georgia. In its business, Medco Supply Co. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

116.

Defendant Medgluv Inc. is a corporation having a place of business at 4720 NW 15th Ave, Suite B-4, Fort Lauderdale, Florida 33309. Medgluv Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Medgluv Inc. has conducted business in the Northern District of Georgia. In its business, Medgluv Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

117.

Defendant Medical Safety Supply is a corporation having a place of business at 17101 South Central Ave, Ste 1D, Carson, California 90746-1359. Medical Safety Supply is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Medical Safety Supply has conducted business in the Northern District of Georgia. In its business, Medical Safety Supply has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

118.

Defendant Medi-Flex Unlimited d/b/a Flexitech Sdn. Bhd. is a corporation having a place of business at Lot 5071, Jalan Teratai, Batu 5 1/2, Off Jalan Meru, 41050 Klang, Selangor D. E., Malaysia and Lot 124 & 126. Medi-Flex Unlimited d/b/a Flexitech Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Medi-Flex Unlimited d/b/a Flexitech Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Medi-Flex Unlimited d/b/a Flexitech Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

119.

Defendant Medisafe Technologies (USA) is a corporation having a place of business at 155 Harbor Way, Ann Arbor, MI 48103. Medisafe Technologies (USA) is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Medisafe Technologies (USA) has conducted business in the Northern District of Georgia. In its business, Medisafe Technologies (USA) has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

## 120.

Defendant Medtexx Partners Inc. is a corporation having a place of business at 30 Trinity Street, Hartford, Connecticut 06106. Medtexx Partners Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Medtexx Partners Inc. has conducted business in the Northern District of Georgia. In its business, Medtexx Partners Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

## 121.

Defendant Metron Technology Corporation is a corporation having a place of business at 655 River Oaks Pkwy., San Jose, California 95134-1907. Metron Technology Corporation is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Metron Technology Corporation has conducted business in the Northern District of Georgia. In its business, Metron Technology Corporation has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

122.

Defendant Metro-Pacifica LLC is a corporation having a place of business at 200 Chamberlin Street, Nashville, Tennessee 37209-4850. Metro-Pacifica LLC is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Metro-Pacifica LLC has conducted business in the Northern District of Georgia. In its business, Metro-Pacifica LLC has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

123.

Defendant Mexpo International, Inc. is a corporation having a place of business at 2671 McCone Ave, Hayward, California 94545. Mexpo International, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Mexpo International, Inc. has conducted business in the Northern District of Georgia. In its business, Mexpo International, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

124.

Defendant Midavol Protective Products is a corporation having a place of business at 18 Hidden Hills Drive, Greenville, South Carolina 29605-3250. Midavol Protective Products is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Midavol Protective Products has conducted business in the Northern District of Georgia. In its business, Midavol Protective Products has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

125.

Defendant Multisafe Sdn. Bhd. is a corporation having a place of business at Lot 764, Bidor Industrial Estate, 35500, Bidor, Perak Darul Ridzu, Malaysia. Multisafe Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Multisafe Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Multisafe Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

126.

Defendant Mydent International Corp. is a corporation having a place of business at 80 Suffolk Court, Ste. 3, Hauppauge, New York 11788-3745. Mydent International Corp. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Mydent International Corp. has conducted business in the Northern District of Georgia. In its business, Mydent International Corp. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

127.

Defendant Ningbo Tianshun Rubber Products Co. is a corporation having a place of business at A15k2, No. 168, Baizhang Road, Ningbo, Zhejiang, China 315000. Ningbo Tianshun Rubber Products Co. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Ningbo Tianshun Rubber Products Co. has conducted business in the Northern District of Georgia. In its business, Ningbo Tianshun Rubber Products Co. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

128.

Defendant Nitritex, Ltd. is a corporation having a place of business at 12216 McCann Drive, Santa Fe Springs, California 90670. Nitritex, Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Nitritex, Ltd. has conducted business in the Northern District of Georgia. In its business, Nitritex, Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

129.

Defendant Normandin Pacific Holdings Corp. d/b/a/ Pacifica is a corporation having a mailing address at Post Office Box 2709, Torrance, California 90509-2809, and has a distribution center at 16963 S. Central Avenue, Carson, California 90746. Normandin Pacific Holdings Corp. d/b/a/ Pacifica is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Normandin Pacific Holdings Corp. d/b/a/ Pacifica has conducted business in the Northern District of Georgia. In its business, Normandin Pacific Holdings Corp. d/b/a/ Pacifica has committed tortious acts, including, without limitation, patent

infringement within the Northern District of Georgia, as is more fully set forth herein.

130.

Defendant Norpak Inc. is a corporation having a place of business at 202 Fashion Lane, Ste. 201, Tustin, California 92780-3341. Norpak Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Norpak Inc. has conducted business in the Northern District of Georgia. In its business, Norpak Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

131.

Defendant North Safety Products, Inc. is a corporation having a place of business at 2000 Plainfield Pike, Cranston, Rhode Island 02921-2012. North Safety Products, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, North Safety Products, Inc. has conducted business in the Northern District of Georgia. In its business, North Safety Products, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

132.

Defendant Northern Safety Co, Inc. is a corporation having a place of business at 232 Industrial Park Dr, Frankfort, New York 13340-4748. Northern Safety Co, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Northern Safety Co, Inc. has conducted business in the Northern District of Georgia. In its business, Northern Safety Co, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

133.

Defendant Oak Technical, LLC is a corporation having a place of business at 208 Industrial Blvd., Tullahoma, Tennessee 37388. Oak Technical, LLC is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Oak Technical, LLC has conducted business in the Northern District of Georgia. In its business, Oak Technical, LLC has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

Defendant Pacewell USA Inc. is a corporation having a place of business at 2040 Afton Street, Houston, Texas 77055-2206. Pacewell USA Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Pacewell USA Inc. has conducted business in the Northern District of Georgia. In its business, Pacewell USA Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

135.

Defendant Pac-kem Value Medical Supply is a corporation having a place of business at 6700 Woodlands Pkwy., Ste. 230, Spring, Texas 77382. Pac-kem Value Medical Supply is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Pac-kem Value Medical Supply has conducted business in the Northern District of Georgia. In its business, Pac-kem Value Medical Supply has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

136.

Defendant PDQ Trading Co. Inc., is a corporation having a place of business at 1511 East 11th Avenue, Hialeah, Florida 33010-3308. PDQ Trading Co. Inc., is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, PDQ Trading Co. Inc., has conducted business in the Northern District of Georgia. In its business, PDQ Trading Co. Inc., has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

137.

Defendant Perfect Fit Glove is a corporation having a place of business at 2711 Centerville Road, Suite 400, Wilmington, DE 19808. Perfect Fit Glove is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Perfect Fit Glove has conducted business in the Northern District of Georgia. In its business, Perfect Fit Glove has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

138.

Defendant Perusahaan Getah Asas Sdn. Bhd. is a corporation having a place of business at Lot 754 Jalan Haji Sirat, Off Jalan Kapur, 42100 Klang, Sleangor, D.E. Malaysia. Perusahaan Getah Asas Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Perusahaan Getah Asas Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Perusahaan Getah Asas Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

139.

Defendant Pharmatex USA Inc. is a corporation having a place of business at 77530 Enfield Lane, Bldg 1, Palm Desert, California 92211. Pharmatex USA Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Pharmatex USA Inc. has conducted business in the Northern District of Georgia. In its business, Pharmatex USA Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

140.

Defendant PM Gloves USA Inc. is a corporation having a place of business at 13808 Magnolia Avenue # 12, Chino, California 91710-7027. PM Gloves USA Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, PM Gloves USA Inc. has conducted business in the Northern District of Georgia. In its business, PM Gloves USA Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

141.

Defendant Preventive Care Inc. is a corporation having a place of business at 15215 Boulder Avenue, Rosemount, MN 55068-3556. Preventive Care Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Preventive Care Inc. has conducted business in the Northern District of Georgia. In its business, Preventive Care Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

142.

Defendant Primary Products is a corporation having a place of business at 1891 Buerkle Road, Saint Paul, Minnesota 55110-5246. Primary Products is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Primary Products has conducted business in the Northern District of Georgia. In its business, Primary Products has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

143.

Defendant Product Club Inc. is a corporation having a place of business at 41 Pine Street, Suite 15, Rockaway, New Jersey 07866. Product Club Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Product Club Inc. has conducted business in the Northern District of Georgia. In its business, Product Club Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

144.

Defendant Prosemedic S.A. is a corporation having a place of business at Calle Los Geranios, 362 Urb. San Gregorio, Lima, Peru 14. Prosemedic S.A. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Prosemedic S.A. has conducted business in the Northern District of Georgia. In its business, Prosemedic S.A. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

145.

Defendant Pro-Stat Inc. at 285 Pierce Street, Somerset, New Jersey 08873. Pro-Stat Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Pro-Stat Inc. has conducted business in the Northern District of Georgia. In its business, Pro-Stat Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

146.

Defendant Protective Industrial Products, Inc. is a corporation having a place of business at Northeastern Industrial Park, Building 4, P.O. Box

19, Guilderland Center, New York 12085. It may be served through its registered agent, Germaine Curtin, at 10715 Indian Village Dr., Alpharetta, GA 30022. Protective Industrial Products, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Protective Industrial Products, Inc. has conducted business in the Northern District of Georgia. In its business, Protective Industrial Products, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

147.

Defendant PSS World Medical, Inc. is a corporation having a place of business at 4345 Southpoint Boulevard, Jacksonville, Florida 32216-6166. PSS World Medical, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, PSS World Medical, Inc. has conducted business in the Northern District of Georgia. In its business, PSS World Medical, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

148.

Defendant PT Haloni Jane is a corporation having a place of business at JL. Raya Serang KM 13.8 Cikupa Tangerang, Indonesia. PT Haloni Jane is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, PT Haloni Jane has conducted business in the Northern District of Georgia. In its business, PT Haloni Jane has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

149.

Defendant PT Maja Agung Latexindo is a corporation having a place of business at JL. Utama No. 98 Pujimulyo, Sunggal 20352 Deli Serdang Sumatera Utara, Indonesia. PT Maja Agung Latexindo is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, PT Maja Agung Latexindo has conducted business in the Northern District of Georgia. In its business, PT Maja Agung Latexindo has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

150.

Defendant PT Medisafe Technologies is a corporation having a place of business at JL. Batang Kuis, GG Tambak Rejo/PSR IX, Desa Buntu Bedimbar, Tanjung Morawa, Medan, Sumatera Utar, Indonesia. PT Medisafe Technologies is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, PT Medisafe Technologies has conducted business in the Northern District of Georgia. In its business, PT Medisafe Technologies has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

151.

Defendant PT Shamrock Manufacturing Corporation is a corporation having a place of business at Jalan Pemuda No. 11, Medan- 20151 North Sumatra, Indonesia. PT Shamrock Manufacturing Corporation is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, PT Shamrock Manufacturing Corporation has conducted business in the Northern District of Georgia. In its business, PT Shamrock Manufacturing Corporation has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

152.

Defendant PT Smart Glove Indonesia is a corporation having a place of business at JL, Raya Medan-Lubuk Pakam Km 19, Tanjong Morawa B, Tanjong Morawa, Deli Serdang, Sumatera Utara, Indonesia. PT Smart Glove Indonesia is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, PT Smart Glove Indonesia has conducted business in the Northern District of Georgia. In its business, PT Smart Glove Indonesia has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

153.

Defendant QRP, Inc. d/b/a QRP Gloves, Inc. is a corporation having a place of business at P.O. Box 28802 Tucson, Arizona 85726. It may be served through its registered agent, Daniel J. Quigley, 2730 E. Broadway #160, Tucson, AZ 85716. QRP, Inc. d/b/a QRP Gloves, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, QRP, Inc. d/b/a QRP Gloves, Inc. has conducted business in the Northern District of Georgia. In its business, QRP, Inc. d/b/a QRP Gloves, Inc. has committed tortious acts, including, without

limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

154.

Defendant Quantum Labs, Inc. is a corporation having a place of business at 422 5th Avenue, Madison, Minnesota 56256-1297. Quantum Labs, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Quantum Labs, Inc. has conducted business in the Northern District of Georgia. In its business, Quantum Labs, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

155.

Defendant Rampart International Inc. is a corporation having a place of business at 198 Avenue De La D'emerald, Sparks, Nevada 89434. Rampart International Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Rampart International Inc. has conducted business in the Northern District of Georgia. In its business, Rampart International Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

156.

Defendant Riverstone Resources Sdn. Bhd. is a corporation having a place of business at Lot 21909, No. 5, Loring Helang Hindik, Kepong Baru Industrial Estate, 52100 Kuala Lumpur, Malaysia. Riverstone Resources Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Riverstone Resources Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Riverstone Resources Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

157.

Defendant RTS Supply is a corporation having a place of business at 1442 Arrow Hwy., Ste. M, Irwindale, California 91706-1341. RTS Supply is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, RTS Supply has conducted business in the Northern District of Georgia. In its business, RTS Supply has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

158.

Defendant Seal Polymer Industries Bhd. is a corporation having a place of business at Lot 72706, Jalan Lahat, Kawasan Perindustrian Buki Merah, 31500 Lahat, Perak, Malaysia. Seal Polymer Industries Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Seal Polymer Industries Bhd. has conducted business in the Northern District of Georgia. In its business, Seal Polymer Industries Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

159.

Defendant Seal Polymer Industries Sdn. Bhd. is a corporation having a place of business at Lot 72706, Jalan Lahat, Kawasan Perindustrian Buki Merah, 31500 Lahat, Perak, Malaysia. Seal Polymer Industries Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Seal Polymer Industries Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Seal Polymer Industries Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

160.

Defendant Seattle Glove, Inc. is a corporation having a place of business at 11524 Cyrus Way, Mukilteo, Washington 98275-5441. Seattle Glove, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Seattle Glove, Inc. has conducted business in the Northern District of Georgia. In its business, Seattle Glove, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

161.

Defendant Select Medical Products is a corporation having a place of business at 7000 South Sylvan Lake Drive, Sanford, Florida 32771. Select Medical Products is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Select Medical Products has conducted business in the Northern District of Georgia. In its business, Select Medical Products has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

162.

Defendant Select Medical Supply Inc. is a corporation having a place of business at 2040 Afton Street, Houston, Texas 77055-2206. Select Medical Supply Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Select Medical Supply Inc. has conducted business in the Northern District of Georgia. In its business, Select Medical Supply Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

163.

Defendant Sentry Medical Products is a corporation having a place of business at 795 Coronis Way, Green Bay, Wisconsin 54304. Sentry Medical Products is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Sentry Medical Products has conducted business in the Northern District of Georgia. In its business, Sentry Medical Products has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

164.

Defendant Shamrock Manufacturing Company, Inc. is a corporation having a place of business at 5445 Daniels Street, Chino, California 91710. Shamrock Manufacturing Company, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Shamrock Manufacturing Company, Inc. has conducted business in the Northern District of Georgia. In its business, Shamrock Manufacturing Company, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

165.

Defendant Shamrock Marketing Company, Inc. is a corporation having a place of business at 5445 Daniels Street, Chino, California, 91710. Shamrock Marketing Company, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Shamrock Marketing Company, Inc. has conducted business in the Northern District of Georgia. In its business, Shamrock Marketing Company, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

166.

Defendant Shanghai Champion Plastic Products Co., Ltd. is a corporation having a place of business at No. 8 New District Zhu Hang, Chen, Jinshan District, Shanghai, China. Shanghai Champion Plastic Products Co., Ltd is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Shanghai Champion Plastic Products Co., Ltd has conducted business in the Northern District of Georgia. In its business, Shanghai Champion Plastic Products Co., Ltd has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

167.

Defendant Shanghai Knitwear Import & Export is a corporation having a place of business at CFloor 14-16 Union Buiding No.100 Ya Shanghai, China. Shanghai Knitwear Import & Export is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Shanghai Knitwear Import & Export has conducted business in the Northern District of Georgia. In its business, Shanghai Knitwear Import & Export has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

168.

Defendant Sheen More Enterprise Co., Ltd. is a corporation having a place of business at No.16, Tou Kung Six Road, Tou-liu Expanded industrial Park Tou-Liu Yun-lin Taiwan. Sheen More Enterprise Co., Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Sheen More Enterprise Co., Ltd. has conducted business in the Northern District of Georgia. In its business, Sheen More Enterprise Co., Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

169.

Defendant Shepard Medical Product Inc. is a corporation having a place of business at 260 E Lies Rd., Carol Stream, Illinois 60188. Shepard Medical Product Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Shepard Medical Product Inc. has conducted business in the Northern District of Georgia. In its business, Shepard Medical Product Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

170.

Defendant Sierra Scientific, Inc. d/b/a Value-tek is a corporation having a place of business at 1146 E. Buckeye Rd., Phoenix, Arizona 85034-4043. Sierra Scientific, Inc. d/b/a Value-tek is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Sierra Scientific, Inc. d/b/a Value-tek has conducted business in the Northern District of Georgia. In its business, Sierra Scientific, Inc. d/b/a Value-tek has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

171.

Defendant Smart Glove Corporation Sdn. Bhd. is a corporation having a place of business at Lot 6487, Batu 5 ¾ Sementajln Kapar, 42100 Klang, Selangor D.E., Malaysia. Smart Glove Corporation Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Smart Glove Corporation Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Smart Glove Corporation Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

172.

Defendant Smart Glove Holdings Sdn. Bhd. is a corporation having a place of business at Lot 6487, Batu 5 ¾ Sementajln Kapar, 42100 Klang, Selangor D.E., Malaysia. Smart Glove Holdings Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Smart Glove Holdings Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Smart Glove Holdings Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

173.

Defendant Solid Wing Trading Corp. is a corporation having a place of business at 15261 Don Julian Road, City of Industry, California 91746. Solid Wing Trading Corp. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Solid Wing Trading Corp. has conducted business in the Northern District of Georgia. In its business, Solid Wing Trading Corp. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

174.

Defendant Southern Pacific Coast Corporation d/b/a Life Guard Medical Supply, Inc. is a corporation having a place of business at 18400 San Jose Avenue, City of Industry, California 91748. Southern Pacific Coast Corporation d/b/a Life Guard Medical Supply, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Southern Pacific Coast Corporation d/b/a Life Guard Medical Supply, Inc. has conducted business in the Northern District of Georgia. In its business, Southern Pacific Coast Corporation d/b/a Life Guard Medical Supply, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

175.

Defendant Sri Johani Sdn. Bhd. is a corporation having a place of business at Lot PT 7178 Balakong New Village, Seri Kgmbangang 43300 Selangor D.E. Malaysia. Sri Johani Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Sri Johani Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Sri Johani Sdn. Bhd. has committed

tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

176.

Defendant SS White Burs Inc. is a corporation having a place of business at 153 First Ave., West Haven, Connecticut 06516. SS White Burs Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, SS White Burs Inc. has conducted business in the Northern District of Georgia. In its business, SS White Burs Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

177.

Defendant Sterigard is a corporation having a place of business at 5855 Naples Plaza, Rm. 101, Long Beach, California 90803. Sterigard is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Sterigard has conducted business in the Northern District of Georgia. In its business, Sterigard has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

178.

Defendant Strata Medical Inc. is a corporation having a place of business at 5962 La Place Court, Suite 100, Carlsbad, California 92008. Strata Medical Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Strata Medical Inc. has conducted business in the Northern District of Georgia. In its business, Strata Medical Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

179.

Defendant Superior Glove Works Ltd. is a corporation having a place of business at 60 Industrial Parkway, Cheektowaga, New York 14227. Superior Glove Works Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Superior Glove Works Ltd. has conducted business in the Northern District of Georgia. In its business, Superior Glove Works Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

180.

Defendant Supermax Corporation Bhd. is a corporation having a place of business at Lot 38, Putra Industrial Park, Bukit Tahman Putra, 47000 Sungai Buloh, Selangor D.E., Malaysia. Supermax Corporation Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Supermax Corporation Bhd. has conducted business in the Northern District of Georgia. In its business, Supermax Corporation Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

181.

Defendant Supermax Glove Industries Sdn. Bhd. is a corporation having a place of business at Lot 38, Putra Industrial Park, Bukit Rahman Putra, 47000 Sungai Buloh, Selangor D.E. Malaysia. Supermax Glove Industries Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Supermax Glove Industries Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Supermax Glove Industries Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

182.

Defendant Supermax Glove Manufacturing Sdn. Bhd. is a corporation having a place of business at Lot 42, Putra Industrial Park, Bukit Rahman Putra, 47000 Sungai Buloh, Selangor D.E. Malaysia. Supermax Glove Manufacturing Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Supermax Glove Glove Manufacturing Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Supermax Glove Glove Manufacturing Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

183.

Defendant Supermax Latex Products Sdn. Bhd. is a corporation having a place of business at Lot 38, Putra Industrial Park, Bukit Rahman Putra, 47000 Sungai Buloh, Selangor D.E. Malaysia. Supermax Latex Products Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Supermax Latex Products Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Supermax Latex Products Sdn. Bhd. has

committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

184.

Defendant Supermax Sdn. Bhd. is a corporation having a place of business at Lot 42, Putra Industrial Park, Bukit Rahman Putra, 47000 Sungai Buloh, Selangor D.E. Malaysia. Supermax Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Supermax Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Supermax Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

185.

Defendant Supermax, Inc. d/b/a Aurelia Gloves is a corporation having a place of business at 2225 White Oak Circle, Aurora, Illinois 60504. Supermax, Inc. d/b/a Aurelia Gloves is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Supermax, Inc. d/b/a Aurelia Gloves has conducted business in the Northern District of Georgia. In its business, Supermax, Inc. d/b/a Aurelia Gloves has committed tortious acts, including, without limitation,

patent infringement within the Northern District of Georgia, as is more fully set forth herein.

186.

Defendant SyrVet, Inc. is a corporation having a place of business at 955 SE Olson Dr, Waukee, Iowa 50263. SyrVet, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, SyrVet, Inc. has conducted business in the Northern District of Georgia. In its business, SyrVet, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

187.

Defendant TechNiGlove International is a corporation having a place of business at 1280 Graphite Drive, Corona, California 92881. TechNiGlove International is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, TechNiGlove International has conducted business in the Northern District of Georgia. In its business, TechNiGlove International has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

188.

Defendant The Cameron and Barkeley Co. is a corporation having a place of business at Corporation Trust Center, 1209 Orange Street, Wilmington, DE, 19801. The Cameron and Barkeley Co. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, The Cameron and Barkeley Co. has conducted business in the Northern District of Georgia. In its business, The Cameron and Barkeley Co. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

189.

Defendant Tillotson Healthcare Corp. is a corporation having a place of business at 8025 South Willow Street, Manchester, NH 03103. Tillotson Healthcare Corp. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Tillotson Healthcare Corp. has conducted business in the Northern District of Georgia. In its business, Tillotson Healthcare Corp. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

190.

Defendant TNT Enterprise, Inc. is a corporation having a place of business at 30011 Ivy Glenn Dr., Ste 215, Laguna Niguel, California 92677. TNT Enterprise, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, TNT Enterprise, Inc. has conducted business in the Northern District of Georgia. In its business, TNT Enterprise, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

191.

Defendant Tronex International, Inc. is a corporation having a place of business at One Tronex Centre, 3 Luger Rd., Denville, New Jersey 07834. Tronex International, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Tronex International, Inc. has conducted business in the Northern District of Georgia. In its business, Tronex International, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

192.

Defendant United Delta, Inc. is a corporation having a place of business at 301 Brea Canyon Road, Walnut, California 91789. United Delta, Inc. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, United Delta, Inc. has conducted business in the Northern District of Georgia. In its business, United Delta, Inc. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

193.

Defendant Uti Pership (PVT) Ltd. is a corporation having a place of business at No. 35 Edward Lane, Colombo 03 Sri Lanka. Uti Pership (PVT) Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Uti Pership (PVT) Ltd. has conducted business in the Northern District of Georgia. In its business, Uti Pership (PVT) Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

194.

Defendant Universal X-ray Company Of Canada is a corporation having a place of business at 599-601 Orly, Dorval, Quebec, Canada H9P 1G1. Universal X-ray Company Of Canada is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Universal X-ray Company Of Canada has conducted business in the Northern District of Georgia. In its business, Universal X-ray Company Of Canada has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

195.

Defendant Wear Safe (M) Sdn. Bhd. is a corporation having a place of business at Lot 1, Leboh Hishamuddin Satu, North Klang Straits Ind. Area, 42000 Klang, Selangor D.E., Malaysia. Wear Safe (M) Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Wear Safe (M) Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Wear Safe (M) Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

196.

Defendant William A. McGinty Company is a corporation having a place of business at 2300 E Higgins Rd Ste 104, Elk Grove Village, Illinois 60007. William A. McGinty Company is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, William A. McGinty Company has conducted business in the Northern District of Georgia. In its business, William A. McGinty Company has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

197.

Defendant Yee Lee Corporation Bhd. is a corporation having a place of business at Lot 85 Jalan Portland, Tasek Industrial Estates, 31400 Ipoh Perak Darul Ridzuan, Malaysia. Yee Lee Corporation Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Yee Lee Corporation Bhd. has conducted business in the Northern District of Georgia. In its business, Yee Lee Corporation Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

198.

Defendant Yee Lee Holdings Sdn. Bhd. is a corporation having a place of business at Lot 85 Jalan Portland, Tasek Industrial Estates, 31400 Ipoh Perak Darul Ridzuan, Malaysia. Yee Lee Holdings Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Yee Lee Holdings Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, Yee Lee Holdings Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

199.

Defendant YTY Holdings Sdn. Bhd. is a corporation having a place of business at Lot 2935B, Kg Batu 9 Kebun Baru, Jalan Masjid, 42500 Telok Panglima Garang Kuala Kangat, Selangor D.E., Malaysia. YTY Holdings Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, YTY Holdings Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, YTY Holdings Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

200.

Defendant YTY Industry (Manjung) Sdn. Bhd. is a corporation having a place of business at Lot 1422-1424, Batu 10 Lekir, 32020 Sitiawan, Perak Darul Ridzuan, Malaysia. YTY Industry (Manjung) Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, YTY Industry (Manjung) Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, YTY Industry (Manjung) Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

201.

Defendant YTY Industry Sdn. Bhd. is a corporation having a place of business at Lot 2935B, Kg Batu 9 Kebun Baru, Jalan Masjid, 42500 Telok Panglima Garang Kuala Kangat, Selangor D.E., Malaysia. YTY Industry Sdn. Bhd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, YTY Industry Sdn. Bhd. has conducted business in the Northern District of Georgia. In its business, YTY Industry Sdn. Bhd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

202.

Defendant Yujiang Ideal Medical Industries Co., Ltd. is a corporation having a place of business at Economic & Tech Development, Zone G-4, Ningbo, Zhejiang Province, China 315803. Yujiang Ideal Medical Industries Co., Ltd. is engaged in the business of making, using, offering for sale, and selling hand gloves made from elastomeric materials. On information and belief, Yujiang Ideal Medical Industries Co., Ltd. has conducted business in the Northern District of Georgia. In its business, Yujiang Ideal Medical Industries Co., Ltd. has committed tortious acts, including, without limitation, patent infringement within the Northern District of Georgia, as is more fully set forth herein.

**JURISDICTION AND VENUE**

203.

This is an action for injunctive relief, damages, treble damages, interest, costs, and an award for attorney fees for Defendants' violations of the Patent Laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1332, and 1338.

204.

Venue is proper in this Court under the provisions of 28 U.S.C. § 1391 and § 1400(b).

## FACTS COMMON TO ALL COUNTS

205.

Neil E. Tillotson and Luc G. DeBecker (hereinafter "the inventors") have been involved in making, using, offering for sale, and selling hand gloves made from elastomeric materials for many years. Before May 11, 1990, the inventors conceived of a new and unobvious invention pertaining to hand gloves made from elastomeric materials.

206.

The inventors filed a patent application on May 11, 1990, directed to their invention. On May 14, 1991, United States Patent No. 5,014,362 was duly and legally issued for an invention titled "Elastomeric Covering Material and Hand Glove Made Therewith."

207.

On November 13, 1995, the inventors filed an application for the reissue of United States Patent No. 5,014,362. On September 30, 1997, United States Reissue Patent No. Re. 35,616 (hereinafter "'616 Patent") was duly and legally issued for an invention titled "Elastomeric Covering Material and Hand

Glove Made Therewith." A copy of the '616 Patent is attached hereto as Exhibit 1.

208.

Hand gloves made from elastomeric materials in accordance with the '616 Patent are substantially impermeable to water vapor and liquid water, have a relatively high tensile strength, and conform to the shape of a hand when stretched to fit about the hand and then relax so that the pressure exerted on the hand is substantially reduced.

209.

By Assignment, the inventors assigned all right, title, and interest in and to the application that resulted in the '616 Patent to Tillotson. Tillotson remains the owner of the '616 Patent.

210.

Defendants have been and are currently making, using, offering for sale, and/or selling hand gloves made from elastomeric materials covered by one or more of the claims of the '616 Patent. Defendants have been and are currently making, using, offering for sale, and/or selling hand gloves made from elastomeric materials in Georgia and in the Northern District of Georgia. One or more claims of the '616 Patent covers the hand gloves made of elastomeric

materials that Defendants have made, used, offered for sale, and/or sold in Georgia and in the Northern District of Georgia.

211.

The hand gloves made from elastomeric materials made, used, offered for sale, and/or sold by Defendants are substantially impermeable to water vapor and liquid water, have a relatively high tensile strength, and conform to the shape of a hand when stretched to fit about the hand and then relax so that the pressure exerted on the hand is substantially reduced.

212.

Tillotson has not granted a license or any other right to Defendants to make, use, offer for sale, or sell the invention defined by the claims of the '616 Patent.

213.

Tillotson has placed the required statutory notice on substantially all hand gloves made from elastomeric materials manufactured and sold under the '616 Patent.

214.

Defendants knowingly and willfully infringed and continue to infringe the '616 Patent.

# COUNT I

# PATENT INFRINGEMENT

## 215.

Plaintiff Tillotson reasserts, realleges, and incorporates herein Paragraphs 1–214.

## 216.

By making, using, offering for sale, and/or selling their hand gloves made from elastomeric materials, Defendants have infringed at least one claim of the '616 Patent. Such acts have seriously damaged and irreparably harmed Tillotson and will continue to do so unless enjoined by this Court. Consequently, Tillotson is without an adequate remedy at law.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff Tillotson prays that:

## 1.

Defendants and/or Defendants' officers, agents, servants, employees, and all others in active concert or participation with Defendants be permanently enjoined and restrained from:

(a)     infringing United States Patent No. Re. 35,616; and

(b)   otherwise causing, assisting in, participating in, or contributing to the infringement of said patent.

## 2.

Defendants be ordered to pay to Tillotson as damages all damages suffered by Tillotson, including profits lost by Tillotson by reason of the unlawful acts of Defendants as set forth in this Complaint.

## 3.

Defendants be ordered to pay to Tillotson as damages no less than a reasonable royalty by reason of the unlawful acts of Defendants as set forth in this Complaint.

## 4.

The Court increase the damages awarded to Tillotson from Defendants up to three times because of the willful infringement of United States Patent No. Re. 35,616 by Defendants.

## 5.

This case be adjudged an exceptional case.

6.

Defendants be required to pay to Tillotson the cost of this action, interest, and Tillotson's reasonable attorney fees and disbursements.

7.

Tillotson have such other and further legal and equitable relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiff requests a trial by jury of any and all issues triable of right by a jury.

Dated:     September 27, 2007.

Respectfully submitted,

Anthony B. Askew
Georgia State Bar No. 025,300
Stephen M. Schaetzel
Georgia State Bar No. 628,653
Katrina M. Quicker
Georgia State Bar No. 590,859
Jason M. Pass
Georgia State Bar No. 140,972
KING & SPALDING LLP

1180 Peachtree St., N.E.
Atlanta, GA 30309-3521
Telephone:  (404) 572-4600
Facsimile: (404) 572-5135

Attorneys for Plaintiff Tillotson Corporation

## United States Patent [19]

**Tillotson et al.**

[11] E

[45] Reissued

Patent Number: Re. 35,616

Date of Patent: Sep. 30, 1997

US00RE35616E

[54] **ELASTOMERIC COVERING MATERIAL AND HAND GLOVE MADE THEREWITH**

[75] Inventors: Neil E. Tillotson, Dixville Notch, N.H.; Lae G. DeBecker, Vancleave, Miss.

[73] Assignee: Tillotson Corporation, Boston, Mass.

[21] Appl. No.: 556,980

[22] Filed: Nov. 13, 1995

### Related U.S. Patent Documents

Reissue of:
[64] Patent No.: 5,014,362
     Issued: May 14, 1991
     Appl. No.: 522,398
     Filed: May 11, 1990

[51] Int. Cl.⁶ ............................ A41D 19/00
[52] U.S. Cl. ........................ 2/168; 2/167
[58] Field of Search ............... 2/168, 161.7, 167, 2/169, 161.6, 159, 163, 164; 524/430, 432, 433, 434, 436; 526/338

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,577,345 | 12/1951 | McKeon | 128/294 |
| 2,880,189 | 3/1959 | Miller | 260/29.7 |
| 3,759,254 | 9/1973 | Clark | 128/79 |
| 4,096,135 | 6/1978 | Okishi et al. | 260/79.5 B |
| 4,115,873 | 9/1978 | Stansbury | 2/163 |
| 4,508,867 | 4/1985 | Sato | 524/434 |
| 4,500,123 | 5/1986 | Hashimoto et al. | 428/314.6 |
| 4,684,490 | 8/1987 | Teller et al. | 264/296 |
| 4,834,114 | 5/1989 | Bearman | 128/830 |
| 4,835,169 | 5/1989 | McGlothlin et al. | 428/35.2 |
| 4,945,925 | 8/1990 | Evans et al. | 128/842 |
| 4,963,623 | 10/1990 | Miller et al. | 525/604 |
| 4,971,071 | 11/1990 | Johnson | 128/842 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 59-124831 | 7/1984 | Japan . |

*Primary Examiner*—Amy B. Vanatta
*Attorney, Agent, or Firm*—Jones & Askew

[57] **ABSTRACT**

An elastomeric material and gloves made therewith are substantially impermeable to water vapor and liquid water, have a relatively high tensile strength, and have a relatively low resilience. The gloves conform to the shape of a hand when stretched to fit about the hand and then relax so that the pressure exerted on the hand is substantially reduced. The gloves are particularly useful in medical applications and most particularly useful as surgical gloves.

**21 Claims, 1 Drawing Sheet**



% OF INITIAL STRESS

CONVENTIONAL GLOVE

EXAMPLE 1 GLOVE

TIME (MINUTES)



EXHIBIT

1



FIG 1



FIG 2

1

# ELASTOMERIC COVERING MATERIAL AND HAND GLOVE MADE THEREWITH

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

## TECHNICAL FIELD

The present invention generally relates to elastomeric materials, and more particularly relates to flexible latex gloves useful in medical applications.

## BACKGROUND OF THE INVENTION

Coverings made with elastomeric materials are well known and find many useful applications. One such application is known as the "latex glove." Latex gloves are made from a variety of elastomers and during the glove-making process the elastomers are normally in their latex form. Latex gloves are often desirable because they can be made light, thin, flexible, tightly-fitting and substantially impermeable to some liquids and gases such as liquid water and water vapor.

The characteristics of latex make latex gloves useful in medical applications, and particularly useful as surgical gloves. Surgeons are required to perform delicate operations with their hands while wearing latex gloves. Surgical operations often last for hours. To maintain accurate control over instruments with their hands, surgeons must wear relatively thin latex gloves which fit closely to their skin so that they can grip and feel the instruments in their hand almost as if they were not wearing gloves at all. Thus, conventional latex surgical gloves are thin and undersized so as to fit tightly onto the surgeons' hands. However, conventional latex surgical gloves, which are often made of natural rubber, are very resilient and, when stretched to fit about the wearer's hand, apply pressure to the wearer's hand. With conventional latex surgical gloves, this pressure is not appreciably released until the wearer removes the gloves. The pressure applied by conventional latex surgical gloves restricts the blood vessels in the hands of the wearer and restricts the movement of the wearer's fingers. Thus, when worn for an extended period of time, the pressure applied by conventional latex surgical gloves tends to numb and fatigue the wearer's hands and causes general discomfort for the wearer. During a long surgical operation, this can cause surgeons some difficulty in controlling instruments with their hands.

Accordingly, there is a need for an elastomeric material which is suitable as a covering, but which relaxes after being stretched about an object. More particularly, there is a need for a latex surgical glove that, when stretched to fit the wearer's hand, conforms to fit closely about the wearer's hand and then relaxes to relieve the pressure applied by the glove to the wearer's hands and give the wearer greater comfort and greater sensitivity in performing delicate tasks.

## SUMMARY OF THE INVENTION

Accordingly, an object of the present invention is to provide an improved latex glove.

Another object of the present invention is to provide a latex glove which does not numb or fatigue the hand of the wearer when worn for an extended period of time.

Another object of the present invention is to provide a latex glove which conforms to the wearer's hand, but does not exert pressure on the wearer's hand for an extended period of time.

2

A further object of the present invention is to provide an elastomeric material useful in forming a covering or glove than when stretched to cover an object conforms to the shape of the object and then relaxes to reduce the pressure exerted upon the object.

This invention fulfills these and other objects by providing an elastomeric material characterized by being substantially impermeable to water vapor and liquid water, having a relatively high tensile strength, and having a relatively low level of resilience. More specifically, the elastomeric material of the present invention is characterized by having a tensile strength of at least about 1500 psi as measured according to ASTM D-412 on a sample of the elastomeric material having a thickness from about 4.0 to about 4.5 mils, and having elastic properties such that when the elastomeric material is stretched from an initial configuration to fit about an object, the elastomeric material conforms to the configuration of the object, initially exerting a predetermined pressure on the object and thereafter relaxing to exert on the object a reduced pressure which is substantially less than about 80% of the predetermined pressure.

Preferably, the material of the present invention comprises nitrile butadiene rubber and a metallic compound which is substantially insoluble in water and is present in the amount effective to impart sufficient tensile strength without significantly stiffening the elastomeric material and altering the elastomeric properties. More preferably, the material of the present invention comprises carboxylated nitrile butadiene rubber.

The metallic compound preferably comprises a metal selected from the group consisting of lead, magnesium and zinc. More preferably, the metallic compound is a metallic oxide. Preferred metallic oxides include lead oxide, magnesium oxide and zinc oxide. Zinc oxide is the most preferred metallic compound. Zinc oxide is preferably present in the material in an amount from about 0.1 to about 0.5 parts per 100 parts nitrile butadiene rubber.

According to another aspect, the present invention comprehends a glove comprising a layer of the elastomeric material of the present invention. The glove of the present invention has an initial configuration adapted to receive a hand. Because the glove of the present invention comprises a layer of the elastomeric material of the present invention, the glove of the present invention has elastic properties such that when stretched from the initial configuration to fit about a hand, the glove conforms to the configuration of the hand initially exerting a predetermined pressure on the hand and thereafter relaxing to exert on the hand a reduced pressure which is substantially less than about 80% of the predetermined pressure. In addition, the glove of the present invention has a relatively high tensile strength and is substantially impermeable to water vapor and liquid water. Accordingly, the glove of the present invention is particularly useful as a surgical glove. After being donned by the wearer, the glove of the present invention relaxes so that the pressure on the wearer's hand is substantially reduced, but remains closely fitted about the wearer's hand. Thus, the glove of the present invention may be worn for an extended period of time without diminishing the sensitivity of the wearer's hand or becoming uncomfortable.

Other features, objects, and advantages of the present invention will become apparent from the following detailed description, drawings, and claims.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a graph comparing the percent of initial stress required to maintain the stretch of a latex glove made

according to a preferred embodiment of the present invention to that required by a conventional latex glove.

FIG. 2 is a graph comparing the stress required to maintain the stretch of a latex glove made according to a preferred embodiment of the present invention to that required by a conventional latex glove.

## DETAILED DESCRIPTION

Generally described, the elastomeric material of the present invention is characterized by being substantially impermeable to water vapor and liquid water, having a relatively high tensile strength, and having a relatively low resilience. These properties make the elastomeric material of the present invention particularly useful as a covering, and even more particularly useful as a glove.

The elastomeric material of the present invention has the following properties as measured according to ASTM D-412 on a sample having a thickness from about 4.0 to about 4.5 mils: a tensile strength greater than about 1500 psi and preferably greater than about 2000 psi, and a elongation greater than about 700% and preferably greater than about 800%, and a 500% modulus less than about 350 psi and preferably between about 250 and about 300 psi. The tensile strength is the energy required to stretch the sample to the breaking point and the elongation is the percent stretch of the sample at the breaking point. The 500% modulus is a measure of the energy it takes to stretch the sample 500% of a predetermined length. The elastomeric material of the present invention and gloves made therewith also have a high level of puncture resistance. The elastomeric material of the present invention has a puncture resistance as measured according to ASTM D-120 on a sample having a thickness between about 4.0 and 4.5 mils of greater than about 900 pounds per inch.

The high level of strength as illustrated by the foregoing properties, enables the elastomeric material of the present invention and gloves made therewith to be pulled and stretched a considerable amount before breaking. Thus, a glove made with the elastomeric material of the present invention can be made to fit closely to the wearer's skin because it can be pulled with a considerable amount of force when being donned by the wearer. This is particularly important for surgical gloves which must be thin and fit closely.

The relatively low resilience, allows the elastomeric material of the present invention and gloves made therewith to relax after being stretched while the stretch is maintained. In other words, the elastomeric material of the present invention has elastic properties such than when the elastomeric material is stretched from an initial configuration to fit about an object such as a hand, the elastomeric material conforms to the configuration or the object, initially exerting a predetermined pressure on the object and thereafter relaxing to exert on the object a reduced pressure which is substantially less than about 80% or the predetermined pressure. Preferably, the elastomeric material of the present invention and gloves made therewith are further characterized by having elastic properties such that the significantly reduced pressure is reached within six minutes after the material is stretched to fit about the object or hand. More preferably, the elastomeric material of the present invention and gloves made therewith are further characterized by having elastomeric properties such that the reduced pressure becomes less than about 50% of said predetermined pressure within about one minute after the material is stretched to fit about the object or hand. Most preferably, the elastomeric

material of the present invention and gloves made therewith are further characterized by having elastomeric properties such that the reduced pressure becomes less than [bout 90%] about 10% of said predetermined pressure within about six minutes after the material is stretched to fit about the object or hand.

Accordingly, gloves made with the elastomeric material of the present invention are particularly useful as surgical gloves because they relax on the hands of the wearer after being donned so that there is little resistance to movement by the wearer's fingers and there is little restriction of blood vessels in the wearer's hands. Thus, gloves made with the elastomeric material of the present invention can be worn for extended periods of time without tiring or numbing the hands of the wearer, thereby giving the wearer greater comfort and greater sensitivity in performing delicate tasks. The elastic properties of the gloves of the present invention are illustrated in FIGS. 1 and 2 discussed hereinbelow.

Preferably, the elastomeric material of the present invention comprises nitrile butadiene rubber and a metallic compound which is substantially insoluble in water and is present in an amount effective to impart sufficient tensile strength to the elastomeric material without significantly stiffening elastomeric material and altering the elastic properties of the elastomeric material. The nitrile butadiene rubber is preferably carboxylated nitrile butadiene rubber which when cured possesses a higher tensile strength than noncarboxylated nitrile butadiene rubber.

The metallic compound preferably comprises lead, magnesium or zinc. Representative compounds are metallic oxides, such as lead oxide, magnesium oxide or zinc oxide. Zinc oxide is preferred. In addition, zinc oxide is preferably present in the elastomeric material in an amount from about 0.1 to about 0.5 parts per hundred parts nitrile butadiene rubber. If the zinc oxide is not present or is present in an amount below this range, the tensile strength of the elastomeric material is reduced and gloves made therewith tear easily. If the zinc oxide is present in an amount above this range, the elastomeric material and gloves made therewith become more stiff and their resilience is reduced. At the higher resilience, gloves made with the elastomeric material maintain undesirable pressure on the hands of the wearer.

The gloves of the present invention are preferably made by dipping a glove form into a latex mixture, curing the latex mixture on the glove form at elevated temperatures, and then stripping the cured latex glove from the glove form. The resulting gloves preferably have a thickness from about 4.0 to about 4.5 mils.

The latex mixture preferably comprises carboxylated nitrile butadiene rubber latex having about a 40% dry rubber content and zinc oxide in the amount from about 0.1 to about 0.5 parts per hundred parts rubber. The latex mixture may also include additives commonly used to make cured latex products such as processing agents, pH control agents, accelerating agents, curing agents, coagulants, and colorants. As will be appreciated by those skilled in the art, the amounts of these additives may be varied considerably. This preferred latex mixture is preferably cured in an oven for 30 to 40 minutes at 270 to 300 degrees Fahrenheit.

The present invention is further illustrated by the following example which is designed to teach those of ordinary skill in the art how to practice this invention and represent the best mode contemplated for carrying out this invention.

## EXAMPLE 1

Latex gloves were made as follows. A latex material having the formula set forth in Table 1 was thoroughly

5

mixed in a container. The amount of each component of the material is set forth in parts per hundred dry rubber (PHR). Table 1 shows the amount of dry carboxylated nitrile butadiene rubber present in the latex composition; however, the carboxylated nitrile butadiene rubber was added to the latex composition as a latex comprising 40% by weight of carboxylated nitrile butadiene rubber with the remainder water and surfactants. The sodium dodecylbenzene sulfonate is a processing agent, the potassium hydroxide is present as a pH control agent, the sulfur is a curing agent, the zinc dibutyl dithiocarbamate is an accelerating agent, the titanium dioxide is present as a pigment, the MICHEMLUBE 135 is a paraffin wax emulsion available from Michelman, Inc., Cincinnati, Ohio, and the COAGULANT WS is a polyether-polysiloxane coagulant available from Bayer, Inc.

Glove forms were prepared by washing with a detergent and rinsing. The glove forms were then dipped in a coagulant mixture comprising calcium nitrate, water and a non-ionic soap to promote coagulating of the latex around the glove forms. After being dipped in the coagulant mixture, the glove forms were dipped in the latex material. The latex coated glove forms were then dipped in a leach consisting of warm water and then into a powder slurry consisting of powdered starch. The latex coated glove forms were then placed in an oven for 30 minutes at 285 degrees Fahrenheit to cure the latex. After removal from the oven, the cured latex coated glove forms were dipped in a post curing leach consisting of warm water. The cured latex gloves were then stripped from the glove forms and tumbled.

TABLE 1

EXAMPLE 1 LATEX FORMULATION

|  | PHR |
| --- | --- |
| Carboxylated nitrile butadiene rubber (dry) | 100.0 |
| Sodium dodecylbenzene sulfonate | 0.25 |
| Potassium hydroxide | 0.7 |
| Sulfur | 1.0 |
| Zinc dibutyl dithiocarbamate | 1.0 |
| Zinc oxide | 0.5 |
| Titanium dioxide | 4.0 |
| MICHEMLUBE 135 | 2.0 |
| COAGULANT WS | 3.0 |
| STAN-TONE WD 5487 pigment | 0.1 |
| CHERRY FLAVOR #30767 pigment | 0.7 |

The gloves from Example 1 were subjected to a series of tests, the results of which are shown in Tables 2 and 3 and FIGS. 1 and 2. The tensile strength, elongation, and 500% modulus of the gloves made according to Example 1 were each measured according to ASTM D-412 and are shown in Table 2.

TABLE 2

Physical Properties-ASTM D-412

| | |
| --- | --- |
| Thickness | 4.5 mils |
| Tensile Strength | 2200 psi |
| Elongation | >600% |
| 500% modulus | 330 psi |

The puncture resistances of the gloves from Example 1, of a conventional natural rubber latex examination glove, and of a conventional natural rubber latex surgical glove were measured according to ASTM D-120 and the results are shown in Table 3. Table 3 illustrates the superior puncture resistance of the gloves made according to Example 1.

6

TABLE 3

PUNCTURE RESISTANCE-ASTM D-120

| Glove | lbs. | gage | lbs./inch |
| --- | --- | --- | --- |
| NR examination | 1.9 | 6.7 | 281 |
| NR surgical | 2.9 | 7.3 | 396 |
| Example 1 | 3.9 | 4.7 | 842 |

The resilience of the gloves made according to Example 1 and a conventional natural rubber latex glove was tested as follows. A sample was cut from each glove and stretched 100% of its length to determine the initial 100% modulus according to ASTM D-412. The amount of stress required to maintain this 100% stretch was then recorded every minute for 30 minutes. The resulting data is shown in FIGS. 1 and 2. FIG. 1 is a plot of percent of initial stress versus time for the sample from the Example 1 glove and the sample from the conventional natural rubber glove. FIG. 2 is a plot of stress in psi versus time for the same samples. As can be seen from FIGS. 1 and 2, the stress required to maintain the 100% stretch of the Example 1 glove sample was substantially zero within six minutes after the initial stretch, while the stress required to maintain the 100% stretch of the conventional glove sample dropped to only about 80% of the initial stress over the 30 minute period.

The foregoing description relates only to preferred embodiments of the present invention, and numerous changes and modifications may be made therein without departing from the spirit and scope of the invention as defined in the following claims.

What is claimed is:

1. A *closely fitting* glove comprising a layer of elastomeric material (a) *comprising nitrile butadiene rubber*, (b) having an initial configuration adapted to receive *and fit closely above* a hand, and (c) characterized by (i) being substantially impermeable to water vapor and liquid water, (ii) having a tensile strength of at least about 1500 psi as measured according to ASTM D-412 on a sample of the elastomeric material having a thickness from about 4.0 to about 4.5 mils, and (iii) having a *thickness and* elastic properties such that *the glove is capable of being stretched to fit closely above the hand and* when stretched from the initial configuration to *fit closely* about the hand, the elastomeric material conforms to the configuration of the hand, initially exerting [a predetermined] *an initial* pressure on the hand and thereafter *still fitting closely about the hand, but relaxing, within about 6 minutes after the glove is stretched to fit about said hand,* to exert on the hand a reduced pressure which is [substantially] less than about [80%] *50%* of the [predetermined] *initial* pressure.

2. A glove as in claim 1, wherein the layer of elastomeric material *further* comprises [nitrile butadiene rubber and] a metallic compound which is substantially insoluble in water and is present in an amount effective to impart said tensile strength without significantly stiffening the elastomeric material and altering said elastic properties.

3. A glove as in claim 2 wherein the metallic compound comprises a metal selected from the group consisting of lead, magnesium and zinc.

4. A glove as in claim 2 wherein the metallic compound comprises metallic oxide.

5. A glove as in claim 2 wherein the metallic oxide is selected from the group consisting of lead oxide, magnesium oxide and zinc oxide.

6. A glove as in claim 2 wherein the metallic compound comprises zinc oxide present in an amount from about 0.1 to about 0.5 parts per 100 parts nitrile butadiene rubber.

7

7. A glove as in claim 1, wherein the *nitrile butadiene rubber comprises carboxylated nitrile butadiene rubber and the* layer of elastomeric material *further* comprises [carboxylated nitrile butadiene rubber and] a metallic compound which is substantially insoluble in water and is present in an amount effective to impart said tensile strength without significantly stiffening said elastomeric material and said elastic properties.

8. A glove as in claim 7 wherein the metallic compound comprises a metal selected from the group consisting of lead, magnesium and zinc.

9. A glove as in claim 7 wherein the metallic compound comprises metallic oxide.

10. A glove as in claim 9 wherein the metallic oxide is selected from the group consisting of lead oxide, magnesium oxide and zinc oxide.

11. A glove as in claim 7 wherein the metallic compound comprises zinc oxide present in an amount from about 0.1 to about 0.5 parts per 100 parts nitrile butadiene rubber.

[12. A glove as in claim 1, wherein the layer of elastomeric material is further characterized by having elastic properties such that said reduced pressure is reached within 6 minutes after the glove is stretched to fit about said hand.]

[13. A glove as in claim 1, further characterized by having elastomeric properties such that the reduced pressure is less than about 50% of said predetermined pressure.]

14. A glove as in claim [13] *1 further* characterized by having elastic properties such that said reduced pressure is reached within about one minute after the glove is stretched to fit about said hand.

15. A glove as in claim 1, wherein the layer of elastomeric material is further characterized by having elastic properties

8

such that said reduced pressure is less than about [90%] *10%* of said [predetermined] *initial* pressure.

[16. A glove as in claim 15, wherein the layer of elastomeric material is further characterized by having elastic properties such that said reduced pressure is reached within about 6 minutes after the material is stretched to fit about said hand.]

*17. A glove as in claim 1, wherein the layer of elastomeric material has a thickness up to about 4.5 mils.*

*18. A glove as in claim 1, wherein the layer of elastomeric material has a thickness from about 4 to about 4.5 mils.*

*19. A glove as in claim 1, wherein the layer of elastomeric material is further characterized by having a puncture resistance of greater than about 800 lbs/in.*

*20. A glove as in claim 1, wherein the layer of elastomeric material is further characterized by having an elongation of greater than about 800%.*

*21. A glove as in claim 1, wherein the layer of elastomeric material is further characterized by having a 500% modulus up to about 350 psi.*

*22. A glove as in claim 1, wherein the layer of elastomeric material is further characterized by having a 500% modulus in the range from about 250 to about 350 psi.*

*23. A glove as in claim 1, wherein the layer of elastomeric material is further characterized by having elastomeric properties such that said reduced pressure is about zero.*

*24. A glove as in claim 1, wherein the nitrile butadiene rubber comprises carboxylated nitrile butadiene rubber.*

* * * * *