FILED IN CHAMBERS
U.S.D.C. Rome

OCT 15 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| TILLOTSON CORPORATION, d/b/a BEST MANUFACTURING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SUPERMAX CORPORATION BHD., et al.; <br><br> Defendants. | CIVIL ACTION FILE NO.: <br> 4:07-CV-00193-RLV |

[PROPOSED] ORDER TO STAY PROCEEDINGS

HAVING CONSIDERED the Unopposed Motion to Stay Proceedings, that motion is GRANTED.

IT IS HEREBY ORDERED that this Action is stayed until the decision of the ITC in *In the Matter of Certain Nitrile Gloves,* USITC Inv. No. 337-TA-608 & 612 becomes final, including any appeals.

IT IS SO ORDERED, this 15TH day of October, 2008.

_____
Robert L. Vining, Jr.
United States Court District Judge