UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Judge Robert L. Vining, Jr.

TILLOTSON CORPORATION, d/b/a BEST
MANUFACTURING COMPANY,                    Civil Action File

Plaintiff,                                4:07-CV-193-RLV

v.

Supermax Corporation Bhd., et al.

Defendants.

## NOTICE OF APPEARANCE

Notice is hereby given that Peter C. Canfield and Christopher Meazell of the law firm of Dow Lohnes PPLC hereby enters an appearance on behalf of Defendants, SMART GLOVE CORPORATION, SDN. BHD., PT SMART GLOVE INDONESIA, and SMART GLOVE HOLDINGS, SDN. BHD.

Respectfully submitted this 13th day of January, 2009.

By: **/s/ Peter C. Canfield**
   Peter C. Canfield
    Georgia Bar No. 107748

DOW LOHNES, PLLC
6 Concourse Parkway, Suite 1800
Atlanta GA 30328-6117
770-901-8800

- 2 -

Scott M. Daniels
Ken-Ichi Hattori
Michael J. Caridi
WESTERMAN, HATTORI, DANIELS &
ADRIAN, LLP.
1250 Connecticut Ave. NW
Washington, D.C. 20036
Telephone:  (202) 822-1100
Facsimile:   (202) 822-1111
E-mail:  sdaniels@whdapatentlaw.com

**Attorneys for Defendants**
**SMART GLOVE CORPORATION, SDN.**
**BHD., PT SMART GLOVE INDONESIA,**
**and SMART GLOVE HOLDINGS, SDN.**
**BHD.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Judge Robert L. Vining, Jr.

| | |
|---|---|
| TILLOTSON CORPORATION, d/b/a BEST MANUFACTURING COMPANY, | Civil Action File |
| Plaintiff, | 4:07-CV-193-RLV |
| v. | |
| Supermax Corporation Bhd., et al. | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2010, I electronically filed a NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record for Plaintiff:

    Anthony B. Askew
    Jason Mitchell Pass
    Katrina M. Quicker
    Stephen M. Schaetzel
    King and Spaulding LLP
    1180 Peachtree Street NE
    Atlanta, GA 30309-3521

- 4 -

Perry R. Clark
Sarah L. Forney
Kirkland & Ellis LLP
555 California Street
San Francisco, CA  94104

Joseph D. Wargo
Sarah-Nell H. Walsh
Wargo & French LLP
1170 Peachtree Street NE
Suite 2020
Atlanta, GA  30309

                                    **/ s/ Peter C. Canfield**
                                    Peter C. Canfield