IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

_____
                                    )
TILLOTSON CORPORATION,              )
d/b/a BEST MANUFACTURING            )
COMPANY                             )
                                    )
    Plaintiff,                      )
                                    )
                                    )   CIVIL ACTION NO.
    v.                              )   4:07-CV-00193-RLV
                                    )
SUPERMAX CORPORATION BHD, *et. al.*,)
                                    )
                                    )
    Defendants.                     )
_____ )

**NOTICE TO COURT REGARDING STATUS OF PARTIES' DISCUSSIONS
CONCERNING A JOINT STATEMENT AND DISCOVERY PLAN**

In Tillotson Corporation's ("Tillotson") Status Report to the Court, filed on March 19, 2010 (Docket No. 89), Tillotson informed the Court that it had conferred with counsel for Defendants and had proposed that all parties file a Joint Statement setting forth their recommendations for further proceedings in this action within twenty days thereof, or by April 8, 2010. Since the filing of the Status Report, Tillotson and Defendants have participated in discussions and Tillotson prepared and circulated to Defendants a draft Revised Joint Preliminary Report and Discovery Plan on April 2, 2010. Due to, among other things, the large

2

number of parties and counsel involved in this case, all parties require additional time to confer with their clients and counsel before they can finalize the Joint Statement for filing with the Court. Accordingly, Tillotson has conferred with counsel for Defendants and has proposed that all parties file a Revised Joint Statement and Discovery Plan setting forth their recommendations for further proceedings in this action by no later than April 22, 2010.

Respectfully submitted this 8th day of April, 2010.

Attorneys for Tillotson Corporation

/s/ Ann G. Fort
Ann G. Fort (GA Bar No. 269995)
   ann.fort@sutherland.com
Christopher J. Chan (GA Bar No. 120498)
   christopher.chan@sutherland.com
SUTHERLAND ASBILL &
BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA  30309-3996
Tel:  (404) 853-8049
Fax:  (404) 853-8806

Daniel C. Winston (*pro hac vice*)
   dwinston@choate.com
G. Mark Edgarton (*pro hac vice*)
   medgarton@choate.com
Matthew S. Barrett (*pro hac vice*)
   mbarrett@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel: (617) 248-5000
Fax  (617) 248-4000

4633647v1
9101546.1

## CERTIFICATE OF SERVICE

I certify that a copy of TILLOTSON CORPORATION'S NOTICE TO COURT REGARDING STATUS OF PARTIES' DISCUSSIONS CONCERNING A JOINT STATEMENT AND DISCOVERY PLAN was filed electronically on April 8, 2010 using the CM/ECF system in the United States District Court for the Northern District of Georgia, with notice of the same to be electronically mailed by the Court to the following attorneys of record:

>Perry R. Clark
>Sarah L. Forney
>Kirkland & Ellis LLP
>555 California Street
>San Francisco, CA 94101
>
>Sarah-Nell Walsh
>Joseph Duane Wargo
>Wargo & French LLP
>1170 Peachtree Street, NE
>Suite 2020
>Atlanta, GA 30309
>
>Scott M. Daniels
>Westerman, Hattori, Daniels & Adrian LLP
>Suite 700
>1250 Connecticut Avenue, NW
>Washington, DC 20036

<div style="display:flex;justify-content:space-between;">
<div>
Matthew D. Crawford  
Michael G. Kovaka  
Dow Lohnes PLLC  
Suite 1800  
Six Concourse Parkway  
Atlanta, GA 30328-6117
</div>
<div>
/s/ *Ann G. Fort*  
Ann G. Fort
</div>
</div>

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned counsel hereby certifies that the foregoing TILLOTSON CORPORATION'S NOTICE TO COURT REGARDING STATUS OF PARTIES' DISCUSSIONS CONCERNING A JOINT STATEMENT AND DISCOVERY PLAN complies with the font and point selections approved by the Court in LR 5.1B.  The foregoing Report was prepared on a computer using the Times New Roman font (14 point).

<div style="text-align:right">
/s/ <em>Ann G. Fort</em>  
Ann G. Fort
</div>