IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

TILLOTSON CORPORATION,

    Plaintiff,

v.

SUPERMAX CORPORATION
BHD. ET AL.,

    Defendants.

Civil Action No.
4:07-CV-193 (RLV)

## MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Tillotson Corporation, and Defendants PT Smart Glove Indonesia, Smart Glove Corporation Sdn. Bhd., Smart Glove Holdings Sdn. Bhd., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action against Defendants PT Smart Glove Indonesia, Smart Glove Corporation Sdn. Bhd., Smart Glove Holdings Sdn. Bhd. WITH PREJUDICE, subject to the terms of a confidential settlement agreement dated May 19, 2010, with each party to bear its own costs, expenses and attorneys' fees.

9192580.1

Respectfully submitted, May 20, 2010,

| Attorneys for Tillotson, | Attorneys for Smart Glove Defendants, |
|---|---|
| */s/Ann G. Fort* | /s/ Peter C. Canfield |
| Ann G. Fort (GA Bar No. 269995)<br>   ann.fort@sutherland.com<br>Christopher J. Chan (GA Bar No. 120498)<br>   christopher.chan@sutherland.com<br>SUTHERLAND ASBILL &<br>BRENNAN LLP<br>999 Peachtree Street, NE<br>Atlanta, GA 30309-3996<br>Tel: (404) 853-8049<br>Fax: (404) 853-8806 | Peter C. Canfield<br>   Ga. Bar No. 107748<br>pcanfield@dowlohnes<br>Christopher L. Meazell<br>   Ga. Bar No. 500497<br>cmeazell@dowlohnes<br>Dow Lohnes PLLC<br>Six Concourse Parkway<br>Suite 1800<br>Atlanta, Georgia 30328<br>Tel: (770) 901-8800<br>Fax: (770) 901-8874<br>(Counsel for Smart Glove) |
| Daniel C. Winston (*pro hac vice*)<br>   dwinston@choate.com<br>G. Mark Edgarton (*pro hac vice*)<br>   medgarton@choate.com<br>Matthew S. Barrett (pro hac vice)<br>   mbarrett@choate.com<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel: (617) 248-5000<br>Fax (617) 248-4000 | Scott M. Daniels (*pro hac vice*)<br>   sdaniels@whda.com<br>WESTERMAN, HATTORI, DANIELS<br>& ADRIAN<br>1250 Connecticut Ave., NW.<br>Washington, D.C. 20036<br>Tel: (202) 822-1100<br>Fax: (202) 822-1111<br>(Counsel for Smart Glove) |

9192580.1     2

## CERTIFICATE OF SERVICE

I certify that the foregoing MOTION FOR DISMISSAL WITH PREJUDICE was filed electronically on May 20, 2010, using the CM/ECF system in the United States District Court for the Northern District of Georgia, with notice of the same to be electronically mailed by the Court to the following attorneys of record:

>   Perry R. Clark
>   Sarah L. Forney
>   Kirkland & Ellis LLP
>   555 California Street
>   San Francisco, CA 94101
>
>   Joseph Duane Wargo
>   Sarah-Nell Walsh
>   Wargo & French LLP
>   1170 Peachtree Street, NE
>   Suite 2020
>   Atlanta, GA 30309
>
>   Scott M. Daniels
>   Westerman, Hattori, Daniels & Adrian LLP
>   Suite 700
>   1250 Connecticut Avenue, NW
>   Washington, DC 20036
>
>   Peter C. Canfield
>   Christopher L. Meazell
>   Michael G. Kovaka
>   Dow Lohnes PLLC
>   Suite 1800
>   Six Concourse Parkway
>   Atlanta, GA 30328-6117

                                                  /s/ *Ann G. Fort*
                                                  Ann G. Fort