IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| TILLOTSON CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SUPERMAX CORPORATION BHD. ET AL.,<br><br>Defendants. | Civil Action No.<br>4:07-CV-193 (RLV) |

## MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Tillotson Corporation, and Defendant GX Corporation Sdn. Bhd., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action against Defendant GX Corporation Sdn. Bhd. WITH PREJUDICE, subject to the terms of a confidential settlement agreement dated May 19, 2010, with each party to bear its own costs, expenses and attorneys' fees.

9209236.1

Respectfully submitted, May 26, 2010,

Attorneys for Tillotson,

Attorneys for Smart Glove Defendants,

/s/ *Christopher J. Chan*
Ann G. Fort (GA Bar No. 269995)
   ann.fort@sutherland.com
Christopher J. Chan (GA Bar No. 120498)
   christopher.chan@sutherland.com
SUTHERLAND ASBILL &
BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA  30309-3996
Tel:  (404) 853-8049
Fax:  (404) 853-8806


Daniel C. Winston (*pro hac vice*)
   dwinston@choate.com
G. Mark Edgarton (*pro hac vice*)
   medgarton@choate.com
Matthew S. Barrett (pro hac vice)
   mbarrett@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel: (617) 248-5000
Fax  (617) 248-4000

/s/ *Peter C. Canfield*
Peter C. Canfield
   Ga. Bar No. 107748
pcanfield@dowlohnes
Christopher L. Meazell
   Ga. Bar No. 500497
cmeazell@dowlohnes
Dow Lohnes PLLC
Six Concourse Parkway
Suite 1800
Atlanta, Georgia  30328
Tel: (770) 901-8800
Fax: (770) 901-8874
(Counsel for Smart Glove)

Scott M. Daniels (*pro hac vice*)
   sdaniels@whda.com
WESTERMAN, HATTORI, DANIELS
& ADRIAN
1250 Connecticut Ave., NW.
Washington, D.C. 20036
Tel: (202) 822-1100
Fax: (202) 822-1111
(Counsel for Smart Glove)

# CERTIFICATE OF SERVICE

I certify that the foregoing MOTION FOR DISMISSAL WITH PREJUDICE was filed electronically on May 26, 2010, using the CM/ECF system in the United States District Court for the Northern District of Georgia, with notice of the same to be electronically mailed by the Court to the following attorneys of record:

>Perry R. Clark
>Sarah L. Forney
>Kirkland & Ellis LLP
>555 California Street
>San Francisco, CA 94101
>
>Joseph Duane Wargo
>Sarah-Nell Walsh
>Wargo & French LLP
>1170 Peachtree Street, NE
>Suite 2020
>Atlanta, GA 30309
>
>Scott M. Daniels
>Westerman, Hattori, Daniels & Adrian LLP
>Suite 700
>1250 Connecticut Avenue, NW
>Washington, DC 20036
>
>Peter C. Canfield
>Christopher L. Meazell
>Michael G. Kovaka
>Dow Lohnes PLLC
>Suite 1800
>Six Concourse Parkway
>Atlanta, GA 30328-6117

>>/s/ *Christopher J. Chan*
>>Christopher J. Chan

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D, the undersigned counsel hereby certifies that the foregoing MOTION FOR DISMISSAL WITH PREJUDICE complies with the font and point selections approved by the Court in LR 5.1B. The foregoing Report was prepared on a computer using the Times New Roman font (14 point).

/s/ *Christopher J. Chan*
Christopher J. Chan