# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

TILLOTSON CORPORATION,

    Plaintiff,

v.

SUPERMAX CORPORATION
BHD. ET AL.,

    Defendants.

Civil Action No.
4:07-CV-193 (RLV)

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

The plaintiff, Tillotson Corporation, and Defendants Shamrock Manufacturing Company, Inc., PT Haloni Jane, and PT Shamrock Manufacturing Corporation (collectively, the "Shamrock Defendants"), hereby move, pursuant to Fed. R. Civ. P. 41(a)(2), for an order dismissing all claims in this action against the Shamrock Defendants WITHOUT PREJUDICE, subject to the terms of a confidential agreement reached between the parties, with each party to bear its own costs, expenses and attorneys' fees.

9243470.1

Respectfully submitted, June 14, 2010,

| Attorneys for Tillotson, | Attorneys for Shamrock Defendants, |
|---|---|
| /s/ *Christopher J. Chan* | /s/ *Jane Thorpe* |
| Ann G. Fort (GA Bar No. 269995)  ann.fort@sutherland.com  Christopher J. Chan (GA Bar No. 120498)  christopher.chan@sutherland.com  SUTHERLAND ASBILL & BRENNAN LLP  999 Peachtree Street, NE  Atlanta, GA  30309-3996  Tel:  (404) 853-8049  Fax:  (404) 853-8806 | Jane Thorpe (Ga; Bar No. 279550)  jane.thorpe@alston.com  ALSTON & BIRD LLP  One Atlantic Center  1201 West Peachtree Street  Atlanta, GA 30309-9424  Tel: (404) 881-7000  Fax: (404) 887-7777 |
| Daniel C. Winston (*pro hac vice*)  dwinston@choate.com  G. Mark Edgarton (*pro hac vice*)  medgarton@choate.com  Matthew S. Barrett (pro hac vice)  mbarrett@choate.com  CHOATE, HALL & STEWART LLP  Two International Place  Boston, MA  02110  Tel: (617) 248-5000  Fax  (617) 248-4000 | Christian Chadd Taylor (pro hac vice application to be submitted)  christian.taylor@kirkland.com  Sarah Forney (pro hac vice)  sarah.forney@kirkland.com  Nickolas Bohl (pro hac vice application to be submitted)  nickolas.bohl@kirkland.com  KIRKLAND & ELLIS LLP  950 Page Mill Road  Palo Alto, CA 94304  Tel: (650) 859-7000  Fax: (650) 859-7500 |

9243470.1

# CERTIFICATE OF SERVICE

I certify that the foregoing MOTION FOR DISMISSAL WITHOUT PREJUDICE was filed electronically on June 14, 2010, using the CM/ECF system in the United States District Court for the Northern District of Georgia, with notice of the same to be electronically mailed by the Court to the following attorneys of record:

Sarah L. Forney
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94101

Joseph Duane Wargo
Sarah-Nell Walsh
Wargo & French LLP
1170 Peachtree Street, NE
Suite 2020
Atlanta, GA 30309

Scott M. Daniels
Westerman, Hattori, Daniels & Adrian LLP
Suite 700
1250 Connecticut Avenue, NW
Washington, DC 20036

Peter C. Canfield
Christopher L. Meazell
Michael G. Kovaka
Dow Lohnes PLLC
Suite 1800
Six Concourse Parkway
Atlanta, GA 30328-6117

Perry Clark
Law Offices of Perry R. Clark
3457 Cowper St.
Palo Alto, CA 94306

Jane Thorpe
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-9424

/s/ *Christopher J. Chan*
Christopher J. Chan

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned counsel hereby certifies that the foregoing MOTION FOR DISMISSAL WITHOUT PREJUDICE complies with the font and point selections approved by the Court in LR 5.1B.  The foregoing Report was prepared on a computer using the Times New Roman font (14 point).

                                                         /s/ *Christopher J. Chan*
                                                         Christopher J. Chan