FILED IN CHAMBERS
U.S.D.C. Rome

JUN 21 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

TILLOTSON CORPORATION,

    Plaintiff,

v.

SUPERMAX CORPORATION BHD. et al.,

    Defendant.

CIVIL ACTION

NO. 4:07-CV-193-RLV

### O R D E R

The joint motion to dismiss with prejudice filed by the plaintiff and defendants PT Smart Glove Indonesia, Smart Glove Corporation Sdn. Bhd., and Smart Glove Holding Sdn. Bhd. [Doc. No. 93], the joint motion to dismiss with prejudice filed by the plaintiff and defendant GX Corporation Sdn. Bhd [Doc. No. 94], and the joint motion to dismiss without prejudice filed by the plaintiff and defendants Shamrock Manufacturing Company, Inc., PT Haloni Jane, and PT Shamrock Manufacturing Corporation [Doc. No. 95] are GRANTED. The parties are to bear their own costs, expenses, and attorney's fees.

SO ORDERED, this 21st day of June, 2010.

_____
ROBERT L. VINING, JR.
Senior United States District Judge