IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

TILLOTSON CORPORATION,

    Plaintiff,

v.

SUPERMAX CORPORATION
BHD. ET AL.,

    Defendants.

Civil Action No.
4:07-CV-193 (RLV)

### JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Tillotson Corporation ("Tillotson") and Defendants Pharmatex USA, Inc.; Hartalega Holdings Bhd.; Hartalega Sdn. Bhd.; Kossan Gloves, Inc.; Kossan Rubber Industries Bhd.; Laglove (M) Sdn. Bhd.; Perusahaan Getah Asas Sdn. Bhd.; Riverstone Resources Sdn. Bhd.; YTY Holdings Sdn. Bhd.; YTY Industry (Manjung) Sdn. Bhd. (the "Defendants") (collectively, the "Parties"), hereby move, pursuant to Fed. R. Civ. P. 41(a)(2), for an order dismissing any and all claims in this action against the Defendants, and any and all counterclaims in this action against Tillotson (to the extent that any counterclaims have been

9275102.1

asserted), **WITHOUT PREJUDICE**, subject to the terms of a confidential agreement reached between the parties, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted this 23d day of June, 2010,

| Attorneys for Plaintiff | Attorneys for Defendants |
|---|---|
| _____*/s/ Ann G. Fort*_____ | ___*/s/ Perry R. Clark*_____ |
| Ann G. Fort (GA Bar No. 269995)<br>　ann.fort@sutherland.com<br>Christopher J. Chan (GA Bar No. 120498)<br>　christopher.chan@sutherland.com<br>SUTHERLAND ASBILL &<br>BRENNAN LLP<br>999 Peachtree Street, NE<br>Atlanta, GA  30309-3996<br>Tel:  (404) 853-8049<br>Fax:  (404) 853-8806<br><br>Daniel C. Winston (*pro hac vice*)<br>　dwinston@choate.com<br>G. Mark Edgarton (*pro hac vice*)<br>　medgarton@choate.com<br>Matthew S. Barrett (*pro hac vice*)<br>　mbarrett@choate.com<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA  02110<br>Tel: (617) 248-5000<br>Fax  (617) 248-4000 | Joseph Duane Wargo<br>　jwargo@wargofrench.com<br>Sarah-Nell Walsh<br>　swalsh@wargofrench.com<br>WARGO & FRENCH LLP<br>1170 Peachtree Street NE<br>Suite 2020<br>Atlanta, GA 30309<br>Tel: (404) 853-1565<br>Fax: (404) 853-1566<br><br>Perry R. Clark (*pro hac vice*)<br>　perry@perryclarklaw.com<br>LAW OFFICES OF PERRY R. CLARK<br>3457 Cowper St.<br>Palo Alto, CA 94306<br>Tel: (650) 248-5817 |

# **CERTIFICATE OF SERVICE**

I certify that the foregoing JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE was filed electronically on June 23, 2010, using the CM/ECF system in the United States District Court for the Northern District of Georgia, with notice of the same to be electronically mailed by the Court to the following attorneys of record:

Sarah L. Forney
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94101

Joseph Duane Wargo
Sarah-Nell Walsh
Wargo & French LLP
1170 Peachtree Street, NE
Suite 2020
Atlanta, GA 30309

Scott M. Daniels
Westerman, Hattori, Daniels & Adrian LLP
Suite 700
1250 Connecticut Avenue, NW
Washington, DC 20036

Peter C. Canfield
Christopher L. Meazell
Michael G. Kovaka
Dow Lohnes PLLC
Suite 1800
Six Concourse Parkway
Atlanta, GA 30328-6117

Perry Clark
Law Offices of Perry R. Clark
3457 Cowper St.
Palo Alto, CA 94306

Jane Thorpe
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-9424


/s/ *Ann G. Fort*
Ann G. Fort