FILED IN CHAMBERS
U.S.D.C. Rome

JUN 25 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

TILLOTSON CORPORATION,

    Plaintiff,

v.

SUPERMAX CORPORATION BHD. et al.,

    Defendants.

CIVIL ACTION

NO. 4:07-CV-0193-RLV

### O R D E R

The joint motion to dismiss without prejudice filed by the plaintiff and defendants Pharmatex USA, Inc., Hartalega Holdings Bhd., Hartalega Sdn. Bhd., Kossan Gloves, Inc., Kossan Rubber Industries Bhd., Laglove (M) Sdn. Bhd., Perusahaan Getah Asas Sdn. Bhd., Riverstone Resources Sdn. Bhd., YTY Holdings Sdn. Bhd., YTY Industry (Manjung) Sdn. Bhd. [Doc. No. 97] is GRANTED. The parties are to bear their own costs, expenses, and attorney's fees.

SO ORDERED, this 25th day of June, 2010.

_____
ROBERT L. VINING, JR.
Senior United States District Judge