# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

TILLOTSON CORPORATION,

    Plaintiff,

v.

SUPERMAX CORPORATION
BHD. ET AL.,

    Defendants.

Civil Action No.
4:07-CV-193 (RLV)

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tillotson Corporation ("Tillotson") hereby files this notice of dismissal without prejudice.

All of the defendants that filed Answers in this action have now been dismissed voluntarily or pursuant to court order. The remaining defendants have either not been served or have not filed Answers. Tillotson hereby dismisses this action against all remaining defendants without prejudice. These defendants are: 511 Foodservice Ltd; A.R. Medicom Inc.; ABCO Safety; Abel Unlimited, Inc.; Action Team Medical; Adenna, Inc.; Aero-Med, Ltd.; Agio Group Inc.; Akers

9292388.1

Industries, Inc.; Alliance Rubber Products Sdn. Bhd.; Almedic; Alpine Gloves, Inc; American Healthcare Products, Inc; Ancin, Inc; Asia Dynamics, Inc.; Asian Dynamics Group Inc.; Atlantis Plastics, Inc.; Audra Inc.; Band-It Rubber Co.; Basic Medical Industries, Inc; Bay Medical Co., Inc.; Beijing Chemical Industry Group Rubber & Plastic Products Factory; Beijing Huateng Rubber Plastic; Beijing Latex Factory; Beijing Reagent Latex Products Co., Ltd; Beijing Rubber & Plastics Products Factory; Besglove Medicare Sdn. Bhd.; Best Tex International Inc.; Bio-Flex International, Inc.; Boss Manufacturing Co., Inc; Bowers Medical Supply Co.; Boyd Medical & Safety Supplies, Inc.; Bright Element Sdn. Bhd.; Bright Way Holdings Sdn. Bhd.; Brightness Corp.; Carmichael International Service; Chemsource International Inc.; Chemtech International LLC; Clinical Supply Co.; Coast Scientific Inc.; Colonial Surgical Supply, Inc.; Continental Lab Products; Contract Latex Dippers Sdn. Bhd.; Cranberry (M) Sdn. Bhd.; Cranberry USA Inc.; Cross Pacific Enterprise Co. Ltd.; Crosstex International, Inc.; CT International; Dentexx/First Medica Infection Control Association; Dermatec Direct; Designer Care Co., Ltd.; Digitcare Corp.; Durasafe, Inc.; Dynarex Corp.; Econ Disposable Supplies, Inc.; Essential Cares; Expeditors International of Washington; Firstline LLC; Genuine Glove; Global Imports USA; Glove Shamrock, Inc.; Glovco (M) Sdn. Bhd.; Glovco Holding Sdn.

Bhd.; Glove Center; Glove Source, Inc.; Glove USA, Inc.; Golden Pacific Healthcare Products, Inc.; Goldmax Industries, Inc; Great Glove (USA) Inc.; Great Glove Sdn. Bhd.; Green Prospect Sdn. Bhd.; H&L International, Inc.; Handgards, Inc.; Hourglass Industries, Inc.; Ideal Healthcare Group Co. Ltd.; Ideal Medical Industries Co. Ltd.; IMS, Inc.; Indorama Group Companies; Innovative Healthcare Corp.; Intco Industrial Co. Ltd.; Inter Orient Services; Intermed Gloves; International Sourcing Co., Inc.; Interworld Network Int'l, Inc.; JDA (Tianjin) Plastic Rubber Co., Ltd; JDA International, Inc.; JXJ Labs Inc.; Kemco Supply of Washington Inc.; Kossan Holdings (M) Sdn. Bhd.; Kossan Latex Industries (M) Sdn. Bhd.; LDF Industries, Inc.; Li An Safety Products Corp.; Liberty Glove and Safety Co.; Life Science Products; Lifetime Glove Co., Inc.; Lowrie & Company Medical Resource, Inc.; Malaytex Products, Sdn. Bhd.; Malaytex USA, Inc. D/B/A PRO2 Solutions, Inc.; Mayer Laboratories Inc.; Maytex Corp.; McCordick Glove & Safety Inc.; Med Express Inc.; Medco Supply co.; Medgluv Inc.; Medical Safety Supply; Medi-Flex Limited D/B/A Flexitech Sdn. Bhd.;   Medisafe Technologies (USA); Medtexx Partners Inc.; Metron Technology Corp.; Metro-Pacifica, LLC; Mexpo International, Inc.; Midavol Protective Products; Mulitsafe Sdn. Bhd.; Mydent International Corp.; Ningbo Tianshun Rubber Products Co.; Nitritex, Ltd.; Normandin Pacific Holdings Corp. d/b/a Pacifica; Norpak Inc.; North Safety

Products, Inc.; Northern Safety Co., Inc.; Oak Technical, LLC; Pacewell USA Inc.; Pack-Kem Value Medical Supply; PDQ Trading Co., Inc.; Perfect Fit Glove Co., LLC; PM Gloves, Inc; Preventive Care, Inc; Primary Products; Product Club, Inc.; Prosemedic S.A.; Pro-Stat, Inc.; Protective Industrial Products, Inc.; PSS/World Medical, Inc.; PT Maja Agung Latexindo; PT Medisafe Technologies; QRP, Inc. d/b/a QRP Gloves, Inc.; Quantum Labs Inc.; Rampart International, Inc.; RTS Supply; Seattle Glove, Inc.; Select Medical Company; Yee Lee Corporation Bhd.; Yee Lee Holdings Sdn. Bhd.; YTY Industry Sdn. Bhd.; and Yujiang Ideal Medical Industries Co., Ltd.

Respectfully submitted this 1st day of July, 2010.


Attorneys for Plaintiff


    */s/ Ann G. Fort*
Ann G. Fort (GA Bar No. 269995)
    ann.fort@sutherland.com
Christopher J. Chan (GA Bar No. 120498)
    christopher.chan@sutherland.com
SUTHERLAND ASBILL &
BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA  30309-3996
Tel:  (404) 853-8049
Fax:  (404) 853-8806


Daniel C. Winston (*pro hac vice*)
    dwinston@choate.com
G. Mark Edgarton (*pro hac vice*)
    medgarton@choate.com
Matthew S. Barrett (*pro hac vice*)
    mbarrett@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel: (617) 248-5000
Fax  (617) 248-4000

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE was filed electronically on July 1, 2010, using the CM/ECF system in the United States District Court for the Northern District of Georgia, with notice of the same to be electronically mailed by the Court to the following attorneys of record:

Sarah L. Forney
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94101

Joseph Duane Wargo
Sarah-Nell Walsh
Wargo & French LLP
1170 Peachtree Street, NE
Suite 2020
Atlanta, GA 30309

Scott M. Daniels
Westerman, Hattori, Daniels & Adrian LLP
Suite 700
1250 Connecticut Avenue, NW
Washington, DC 20036

Peter C. Canfield
Christopher L. Meazell
Michael G. Kovaka
Dow Lohnes PLLC
Suite 1800
Six Concourse Parkway
Atlanta, GA 30328-6117

Perry Clark
Law Offices of Perry R. Clark
3457 Cowper St.
Palo Alto, CA 94306

Jane Thorpe
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-9424

/s/ *Ann G. Fort*
Ann G. Fort

Counsel for Plaintiff